# Exhibit A

Case 1:05-cv-02379-UNA     Document 1-2     Filed 12/12/2005     Page 1 of 3

## Acknowledgement of Representation

Pursuant to Section III.C.2 of the "Revised Procedures for Counsel Access to Detainees at the U.S. Naval Base in Guantanamo Bay, Cuba," I hereby certify that I am represented by undersigned counsel who has filed a petition for a writ of habeas corpus of other federal court litigation on my behalf, and who is assisting me with my legal representation in other ways related to my seizure and detention by the United States.

If counsel if forced to withdraw from representing me for any reason, or it the representation is terminated in any way, any remaining counsel is authorized to secure other counsel for me. In default of this, I hereby authorize the Center for Constitutional Rights to assign anther counsel for me. My counsel shall inform the Department of Defense immediately of any change in circumstances in my representation.

This acknowledgement of representation applies to undersigned counsel, and also to the following lawyers who are assisting with my representation:

_____          _____
Signature of Detainee              Signature of Counsel


_____(88)_____          _____
Print Detainee name in English     Print name of Counsel in English


_____أدهم محمد علي عوض برك (رقم 88)_____
Print name of Detainee in Native Language (if other than English)


Date: 2005/4/24/ ...

05 2379

UNCLASSIFIED

FILED

DEC 1 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

10023-16956 NY:530572.1

## Acknowledgement of Representation

Pursuant to Section III.C.2 of the "Revised Procedures for Counsel Access to Detainees at the U.S. Naval Base in Guantanamo Bay, Cuba," I hereby certify that I am represented by undersigned counsel who has filed a petition for a writ of habeas corpus of other federal court litigation on my behalf, and who is assisting me with my legal representation in other ways related to my seizure and detention by the United States.

If counsel if forced to withdraw from representing me for any reason, or it the representation is terminated in any way, any remaining counsel is authorized to secure other counsel for me. In default of this , I hereby authorize the Center for Constitutional Rights to assign anther counsel for me. My counsel shall inform the Department of Defense immediately of any change in circumstances in my representation.

This acknowledgement of representation applies to undersigned counsel, and also to the following lawyers who are assisting with my representation:

_____(signature)_____   _____
Signature of Detainee              Signature of Counsel


_____(88)_____           _____
Print Detainee name in English     Print name of Counsel in English


_____ أدهم محمد علي عوض (Adham Mohammed Ali Awad), Number (88)_____
Print name of Detainee in Native Language (if other than English)


Date: 4/24/2005

**UNCLASSIFIED**