UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ADHAM MOHAMMED ALI AWAD | § § | |
| Petitioner, | § § | |
| v. | § § | Civil Action No. 1:05-cv-02379 (JR) |
| GEORGE W. BUSH, et al., | § § § | |
| Respondents. | § § | |

## CERTIFICATE OF SERVICE OF PETITION FOR WRIT OF HABEAS CORPUS

The undersigned certifies that a true and correct copy of the Petition for Writ of Habeas Corpus filed in this action was served on December 12, 2005, the date on which this action was filed, via certified mail, return receipt requested, upon the following:

George W. Bush
President, United States of America
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20301-1000

*Respondent*

Donald H. Rumsfeld
Secretary
United States Department of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000

*Respondent*

Jay Hood
Brigadier General, U.S.A.
Commander, Joint Task Force-GTMO
APO AE 09360

*Respondent*

1

Jay Hood
Brigadier General, U.S.A.
Commander, Joint Task Force-GTMO
c/o Army Pentagon
Washington, D.C. 20310-0200

*Respondent*

Mike Bumgarner
Colonel, U.S.A.
Commander, JODG
Joint Task Force-GTMO
APO AE 09360

*Respondent*

Mike Bumgarner
Colonel, U.S.A.
Commander JDOG
Joint Task Force-GTMO
c/o Army Pentagon
Washington, D.C. 20310-0200

*Respondent*

Kenneth L. Wainstein
United States Attorney
United States Attorney's Office of the District of Columbia
Judiciary Center
555 4th Street, N.W.
Washington, D.C. 20530

Alberto R. Gonzales
Attorney General of the United States
United States Department of Justice
Robert F. Kennedy Building
10th Street and Constitution Avenue, N.W., Room 5111
Washington, D.C. 20530

The undersigned further certifies that a true and correct file-stamped copy of the Petition for Writ of Habeas Corpus, with the civil action number assigned by the Clerk of Court included, was served via certified mail, return receipt requested, on December 28, 2005, upon the following:

2

George W. Bush
President, United States of America
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20301-1000

*Respondent*

Donald H. Rumsfeld
Secretary
United States Department of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000

*Respondent*

Jay Hood
Brigadier General, U.S.A.
Commander, Joint Task Force-GTMO
APO AE 09360

*Respondent*

Jay Hood
Brigadier General, U.S.A.
Commander, Joint Task Force-GTMO
c/o Army Pentagon
Washington, D.C. 20310-0200

*Respondent*

Mike Bumgarner
Colonel, U.S.A.
Commander, JODG
Joint Task Force-GTMO
APO AE 09360

*Respondent*

Mike Bumgarner
Colonel, U.S.A.
Commander JDOG
Joint Task Force-GTMO
c/o Army Pentagon
Washington, D.C. 20310-0200

*Respondent*

Kenneth L. Wainstein
United States Attorney
United States Attorney's Office for the District of Columbia
Judiciary Center
555 4th Street, N.W.
Washington, D.C. 20530

Alberto R. Gonzales
Attorney General of the United States
United States Department of Justice
Robert F. Kennedy Building
10th Street and Constitution Avenue, N.W., Room 5111
Washington, D.C. 20530

Date:  December 28, 2005

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Benjamin R. Jacewicz (DCBN 466743)
Washington Harbour
3050 K Street, N.W., Suite 200
Washington, D.C. 20007
(202) 339-8400
(202) 339-8500 (fax)

Counsel for Petitioner

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Certificate of Service of Petition for Writ of Habeas Corpus was filed with the Court's electronic case filing ("ECF") system and served via first-class mail on this 28th of December, 2005, upon the following:

George W. Bush
President, United States of America
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20301-1000

Donald H. Rumsfeld
Secretary
United States Department of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000

Jay Hood
Brigadier General, U.S.A.
Commander, Joint Task Force-GTMO
APO AE 09360

Jay Hood
Brigadier General, U.S.A.
Commander, Joint Task Force-GTMO
c/o Army Pentagon
Washington, D.C. 20310-0200

Mike Bumgarner
Colonel, U.S.A.
Commander, JODG
Joint Task Force-GTMO
APO AE 09360

Mike Bumgarner
Colonel, U.S.A.
Commander JDOG
Joint Task Force-GTMO
c/o Army Pentagon
Washington, D.C. 20310-0200

5

Kenneth L. Wainstein
United States Attorney
United States Attorney's Office for the District of Columbia
Judiciary Center
555 4th Street, N.W.
Washington, D.C. 20530

Alberto R. Gonzales
Attorney General of the United States
United States Department of Justice
Robert F. Kennedy Building
10th Street and Constitution Avenue, N.W., Room 5111
Washington, D.C. 20530

Preeya M. Noronha
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C. 20530

_____
Benjamin R. Jacewicz