IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADHAM MOHAMMED ALI AWAD, ) <br> ) <br> *Petitioner,* ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, *et al.*, ) <br> ) <br> *Respondents.* ) <br> ) | Civil Action No. 05-2379 (JR) |

### ORDER

Having considered Respondents' Motion to Stay Proceedings Pending Related Appeals, Petitioner's Memorandum of Points and Authorities in opposition thereto, as well as the entire record in the above-captioned case, it is hereby

ORDERED, that the Amended Protective Order and Procedures for Counsel access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, in *In re Guantanamo Detainee Cases*, Civil Action No. 02:0299 (JHG), the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, in *In re Guantanamo Detainee Cases*, and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004, in *In re Guantanamo Detainee Cases*, shall apply in the above-captioned case. It is

FURTHER ORDERED, that the above-captioned case is stayed pending resolution of the appeals from this Court in *Khalid v. Bush*, Civil Action No. 04:1142 (RJL), *Boumediene v. Bush*, Civil Action No. 04:1166 (RJL), and *In re Guantanamo Detainee Cases*, to the United

States Court of Appeals for the District of Columbia Circuit, subject to the following conditions:

(1) Petitioner is permitted to seek injunctive relief in extraordinary circumstances;

(2) Respondents must file a return within thirty days of entry of this Order;

(3) Respondents must preserve all evidence in their custody, control or possession that may lead to the discovery of information relevant to the above-captioned case;

(4) Respondents must provide thirty-days advance notice to this Court and Petitioner's counsel of any transfer of Petitioner from Guantanamo Bay Naval Base to another country; and

(5) Respondents must provide Petitioner's counsel with confirmation that Petitioner is alive and remains detained at Guantanamo Bay Naval Base;

IT IS SO ORDERED.

Signed this ___ day of January, 2006.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE