IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ADHAM MOHAMMED ALI AWAD,

    Petitioner,

v.

GEORGE W. BUSH, et al.,

    Respondents.

Civil Action No. 05-2379 (JR)

## NOTICE OF APPEAL

NOTICE is hereby given that respondents George W. Bush, President of the United States, Donald Rumsfeld, Secretary, United States Department of Defense, Army Brigadier Gen. Jay Hood, Commander, Joint Task Force-GTMO, and Army Col. Mike Bumgarner, Commander, Joint Detention Operations Group (i.e., all respondents herein) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the portion of the Court's Order dated January 11, 2006, that prohibits the transfer or release of petitioner from Guantanamo Bay Naval Base (dkt. no. 9).

Dated: March 13, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

/s/ Nicholas J. Patterson
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
EDWARD H. WHITE
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-4523
Fax: (202) 616-8470

Attorneys for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2006, I caused the foregoing Notice of Appeal to be served on the counsel listed below by electronic mail:

>Benjamin Rogers Jacewicz
>ORRICK, HERRINGTON & SUTCLIFFE, LLP
>Washington Harbor
>3050 K Street, NW
>Suite 200
>Washington, DC 20007
>bjacewicz@orrick.com

*/s/ Nicholas J. Patterson*