IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADHAM MOHAMMED ALI AWAD, )<br>)<br>*Petitioner,* )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>*Respondents.* )<br>) | Civil Action No. 05-2379 (JR) |

**CERTIFICATE OF APPEARANCE OF PANAYIOTA G. SOURAS, ESQ.
PURSUANT TO LOCAL CIVIL RULE 83.2(g)**

Pursuant to LCvR 83.2(g), I, Panayiota G. Souras, certify that I am a member in good standing of the District of Columbia Bar (D.C. Bar Number 473766) and that I am representing Petitioner Adham Mohammed Ali Awad, an indigent, in this proceeding without compensation. I further certify that I am personally familiar with the Local Rules of this Court, the provisions of the Judicial Code (Title 28 U.S.C.) which pertain to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure, the Rules of the United States District Court for the District of Columbia, *Rules of Professional Conduct* as adopted by the District of Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

DOCSDC1:247872.1

Dated: April 3, 2006

        Respectfully submitted,

        ORRICK, HERRINGTON & SUTCLIFFE LLP

        _/s/ Panayiota G. Souras_
        Panayiota G. Souras (pursuant to LCvR 83.2(g))
        Washington Harbour
        3050 K Street, N.W., Suite 200
        Washington, D.C. 20007
        (202) 339-8400
        (202) 339-8500 (fax)

        Counsel for Petitioner

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Certificate of Appearance of Panayiota G. Souras, Esq. Pursuant to Local Civil Rule 83.2(g) was served on this 3rd day of April, 2006, by this Court's Electronic Case Filing ("ECF") system upon the following:

>Preeya M. Noronha, Esquire
>Terry M. Henry, Esquire
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, N.W., Room 7144
>Washington, D.C. 20530
>preeya.noronha@usdoj.com

_____
Panayiota G. Souras

DOCSDC1:247872. 1