IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADHAM MOHAMMED ALI AWAD, ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| v. ) | Civil Action No. 05-2379 (JR) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| *Respondents*. ) | |

**NOTICE OF FILING EXECUTED MEMORANDA OF
UNDERSTANDING AND ACKNOWLEDGEMENTS**

Pursuant to Paragraph 18 of the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba (the "Amended Protective Order"), undersigned counsel hereby files with the Court the original Memoranda of Understanding and Acknowledgements (Exhibits B and C of the Amended Protective Order) executed by Panayiota G. Souras and Diana Rutowski. (Exhibits 1 and 2)[1]. As further directed by Paragraph 18 of the Amended Protective Order, undersigned counsel has submitted copies of the executed Memoranda of Understanding and Acknowledgements with Christine Gunning, the Court Security Officer, and Preeya Noronha, counsel for the government. (Exhibit 3).

---

[1] This Notice is being filed through the Court's Electronic Case Filing system and, in accordance with Paragraph 18 of the Amended Protective Order, the "executed originals" of the Memoranda of Understanding and Acknowledgements are being hand-delivered to the Court for filing.

US_EAST:160004468.1

Dated: May 1, 2006

        Respectfully submitted,

        ORRICK, HERRINGTON & SUTCLIFFE LLP

        _/s/ Panayiota G. Souras_
        Panayiota G. Souras (pursuant to LCvR 83.2(g))
        Washington Harbour
        3050 K Street, N.W., Suite 200
        Washington, D.C. 20007
        (202) 339-8400
        (202) 339-8500 (fax)

        Counsel for Petitioner

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing Notice of Filing Executed Memoranda of Understanding and Acknowledgements was served on this 1st day of May, 2006, by this Court's Electronic Case Filing ("ECF") system upon the following:

        Preeya M. Noronha, Esquire
        Terry M. Henry, Esquire
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, N.W., Room 7144
        Washington, D.C. 20530
        preeya.noronha@usdoj.com

        _____
        Panayiota G. Souras