# EXHIBIT 3

Case 1:05-cv-02379-UNA     Document 15-4     Filed 05/01/2006     Page 1 of 2



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
WASHINGTON HARBOUR
3050 K STREET, NW
WASHINGTON, DC 20007-5135

tel 202-339-8400
fax 202-339-8500
WWW.ORRICK.COM

May 1, 2006

Yiota G. Souras
(202) 339-8465
ysouras@orrick.com

***VIA FEDERAL EXPRESS***

Ms. Christine E. Gunning
Court Security Officer
United States Department of Justice
20 Massachusetts Ave., NW
Room 5300
CRLSG/LSS
Washington, DC 20530-0001

Re:   Submission of Memoranda of Understanding and Acknowledgements
      (<u>Awad v. Bush</u>, Civil Action No. 05-2379 (JR))

Dear Ms Gunning:

Pursuant to Paragraph 18 of the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, I enclose copies of the executed Memorandum of Understanding and Acknowledgement executed by Panayiota G. Souras and Diana Rutowski. The original executed Memoranda of Understanding and Acknowledgements will be filed with the Court today.

Very truly yours,

Yiota G. Souras

Enclosures

cc:   Preeya M. Noronha, Esq. (w/encs)

US_EAST:9405329.1