IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADHAM MOHAMMED ALI AWAD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-2379 (JR) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**NOTICE OF FILING EXECUTED MEMORANDUM OF
UNDERSTANDING AND ACKNOWLEDGEMENT**

Pursuant to Paragraph 18 of the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba (the "Amended Protective Order"), undersigned counsel hereby files with the Court the original Memorandum of Understanding and Acknowledgement (Exhibits B and C of the Amended Protective Order) executed by Michael W. Trinh. (Exhibit 1)[1]. As further directed by Paragraph 18 of the Amended Protective Order, undersigned counsel has submitted copies of the executed Memorandum of Understanding and Acknowledgement with Christine Gunning, the Court Security Officer, and Preeya Noronha, counsel for the government. (Exhibit 2).

---

[1] This Notice is being filed through the Court's Electronic Case Filing system and, in accordance with Paragraph 18 of the Amended Protective Order, the "executed originals" of the Memoranda of Understanding and Acknowledgements are being hand-delivered to the Court for filing.

US_EAST:160004468.1

Dated: June 5, 2006

        Respectfully submitted,

        ORRICK, HERRINGTON & SUTCLIFFE LLP

        */s/ Panayiota G. Souras*
        Panayiota G. Souras (pursuant to LCvR 83.2(g))
        Washington Harbour
        3050 K Street, N.W., Suite 200
        Washington, D.C. 20007
        (202) 339-8400
        (202) 339-8500 (fax)

        Counsel for Petitioner

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Filing Executed Memorandum of Understanding and Acknowledgement was served on this 5th day of June, 2006, by this Court's Electronic Case Filing ("ECF") system upon the following:

>Preeya M. Noronha, Esquire
>Terry M. Henry, Esquire
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, N.W., Room 7144
>Washington, D.C. 20530
>preeya.noronha@usdoj.com

*/s/ Panayiota G. Souras*
Panayiota G. Souras