# EXHIBIT 2



**ORRICK**

June 5, 2006

Yiota G. Souras
(202) 339-8465
ysouras@orrick.com

**VIA FEDERAL EXPRESS**

Ms. Christine E. Gunning
Court Security Officer
United States Department of Justice
20 Massachusetts Ave., NW
Room 5300
CRLSG/LSS
Washington, DC 20530-0001

Re:  Submission of Memoranda of Understanding and Acknowledgements
     (Awad v. Bush, Civil Action No. 05-2379 (JR))

Dear Ms Gunning:

    Pursuant to Paragraph 18 of the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, I enclose copies of the executed Memorandum of Understanding and Acknowledgement executed by Michael W. Trinh. The original executed Memoranda of Understanding and Acknowledgements will be filed with the Court today.

Very truly yours,

Yiota G. Souras

Enclosures

cc:  Preeya M. Noronha, Esq. (w/encs)

US_EAST:9405329.1