IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADHAM MOHAMMED ALI AWAD, ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| v. ) | Civil Action No. 05-2379 (JR) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| *Respondents*. ) | |

## NOTICE OF FILING

Pursuant to the Order Supplementing and Amending Filing Procedures contained in the Amended Protective Order, counsel hereby provides notice to the Court that it has on this 21st day of July, 2006, submitted via hand-delivery a filing under seal to the Court Security Officer in the above-referenced matter. The filing at issue is Petitioner's opposition to the government's motion to review privileged attorney-client materials filed on July 7, 2006 and a cross-motion for an order requiring the government to show cause why it should not be held in contempt for its illegal and unethical actions in seizing and reviewing privileged, attorney-client materials belonging to Petitioner without prior approval from the Court or notification to the Court or counsel.

A general description of this filing and the details regarding delivery of this filing to the Court Security Officer is included in Exhibit A.

Dated:  July 21, 2006

                                Respectfully submitted,

                                ORRICK, HERRINGTON & SUTCLIFFE LLP

                                */s/ Panayiota G. Souras*
                                Panayiota G. Souras (pursuant to LCvR 83.2(g))
                                Washington Harbour
                                3050 K Street, N.W., Suite 200
                                Washington, D.C. 20007
                                (202) 339-8400
                                (202) 339-8500 (fax)

                                Counsel for Petitioner

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on this 21st day of July, 2006, by this Court's Electronic Case Filing ("ECF") system upon the following:

Preeya M. Noronha, Esquire
Terry M. Henry, Esquire
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530
Tel: (202) 514-4107
Fax: (202) 616-8470

*Counsel for Respondents*

_____
Panayiota G. Souras