**Exhibit A to Notice of Filing**

On July 21, 2006, at approximately 4:13 pm, counsel for Petitioner Adham Mohammed Ali Awad hand-delivered to the Court Security Officer an opposition to the government's motion to review privileged attorney-client materials filed on July 7, 2006 and a cross-motion for an order requiring the government to show cause why it should not be held in contempt for its illegal and unethical actions in seizing and reviewing privileged, attorney-client materials belonging to Petitioner without prior approval from the Court or notification to the Court or counsel.