**Exhibit A to Notice of Filing**

On July 21, 2006, at approximately 4:13 pm, counsel for Petitioner Adham Mohammed Ali Awad hand-delivered to the Court Security Officer a cross-notice to the government's notice filed on July 7, 2006 on the issue of whether this Court may exercise jurisdiction over this case in light of the Detainee Treatment Act of 2005 and the Supreme Court's decision in <u>Hamdan v. Rumsfeld</u>, 548 U.S. ___, 2006 WL 1764793 (June 29, 2006).