IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADHAM MOHAMMED ALI AWAD, ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| *v.* ) | Civil Action No. 05-2379 (JR) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| *Respondents*. ) | |

## DECLARATION OF PANAYIOTA G. SOURAS

1.    I, Panayiota G. Souras, make this declaration based on personal knowledge, except where otherwise stated. I represent Petitioner Adham Mohammed Ali Awad in this matter.

2.    Accompanied by Michael W. Trinh, also an associate with Orrick, Herrington & Sutcliffe, LLP, and an interpreter, I met with Mr. Awad at Guantanamo on June 13, 2006 and July 6, 2006. Mr. Awad is a young man with a very frail and small stature.

3.    During my meetings with Mr. Awad, we discussed his physical health condition, the medical treatment he has received since being detained at Guantanamo, and his psychological outlook on his future.

4.    Counsel has not been provided with Mr. Awad's medical records, and Respondents have declined to provide such records, or any information regarding the physical or mental health treatment that Mr. Awad may have received at Guantanamo, to counsel. Mr. Awad has informed me that he wished us to review his medical records.

5. During our meetings with Mr. Awad, he informed me that when he was brought to Guantanamo over four years ago, he was suffering from a very serious, open leg wound. Mr. Awad informed me that his leg wound was untreated for over a year and was very painful and physically debilitating during this time. Mr. Awad further informed me that after he had been at Guantanamo for approximately one year, it was determined that his leg wound was so serious that amputation was required. Mr. Awad informed me that the amputation was conducted, and a larger portion of his leg was removed than the medical staff had advised would be removed.

6. Mr. Awad informed me that he did not receive any sort of prosthetic leg for over three years following the amputation. According to Mr. Awad, he received a prosthetic leg approximately a year ago, but it is improperly sized, such that Mr. Awad is imbalanced when he stands or walks. Mr. Awad informed me that since he has been walking with the improperly sized prosthetic leg, he has developed debilitating back and joint pain.

7. During our meetings, Mr. Awad informed me that since he has been at Guantanamo, his eyesight has deteriorated such that he can read only when holding materials close to his face. Mr. Awad showed me a pair of glasses that he had been provided by the medical staff at Guantanamo, but Mr. Awad said that the glasses did not improve his eyesight and he had been told that no further treatment was available.

8. During our July 6, 2006 meeting with Mr. Awad, he expressed no hope for resolution of his current detention and no hope in the future. He expressed a range of strong and conflicting emotions, and his train of thought and statements were often contradictory, irrational, and difficult to follow.

I declare under the penalties of perjury that the foregoing is true and correct.

Executed on September 22, 2006

_____
Panayiota G. Souras