IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADHAM MOHAMMED ALI AWAD, | ) |
| *Petitioner*, | ) |
| v. | ) Civil Action No. 05-2379 (JR) |
| GEORGE W. BUSH, *et al.*, | ) |
| *Respondents*. | ) |

## NOTICE OF FILING

Pursuant to the Order Supplementing and Amending Filing Procedures contained in the Amended Protective Order, counsel hereby provides notice to the Court that it has on this 13th day of October, 2006, submitted via hand-delivery a filing under seal to the Court Security Officer in the above-referenced matter. The filing at issue is Petitioner's reply in support of motion to lift the stay and compel respondents to provide factual returns, to provide counsel access to petitioner's medical records, and to provide petitioner with independent physical and mental health examinations.

A general description of this filing and the details regarding delivery of this filing to the Court Security Officer is included in Exhibit A.

US_EAST:160097190.1

Dated:  October 13, 2006

          Respectfully submitted,

          ORRICK, HERRINGTON & SUTCLIFFE LLP

          _____/s/ Panayiota G. Souras_____
          Panayiota G. Souras (pursuant to LCvR 83.2(g))
          Washington Harbour
          3050 K Street, N.W., Suite 200
          Washington, D.C. 20007
          (202) 339-8400
          (202) 339-8500 (fax)

          Counsel for Petitioner

**CERTIFICATE OF SERVICE**

  I certify that a true and correct copy of the foregoing was served on this 13th day of October, 2006, by this Court's Electronic Case Filing ("ECF") system upon the following:

    Preeya M. Noronha, Esquire
    Terry M. Henry, Esquire
    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Avenue, N.W., Room 7144
    Washington, D.C. 20530
    Tel: (202) 514-4107
    Fax: (202) 616-8470

    *Counsel for Respondents*


                ____/s/ Panayiota G. Souras_____
                Panayiota G. Souras