**EXHIBIT A**

On October 13, 2006 at approximately 2:01 p.m., counsel for Petitioner filed a reply in support of motion to lift the stay and compel respondents to provide factual returns, to provide counsel access to Petitioner's medical records, and to provide Petitioner with independent physical and mental health examinations.