IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADHAM MOHAMMED ALI AWAD, ) <br> ) <br> *Petitioner*, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, *et al.*, ) <br> ) <br> *Respondents*. ) <br> ) | Civil Action No. 05-2379 (JR) |

**CERTIFICATE OF APPEARANCE OF RENE KATHAWALA, ESQ.
PURSUANT TO LOCAL CIVIL RULE 83.2(g)**

Pursuant to LCvR 83.2(g), I, Rene Kathawala, certify that I am a member in good standing of the **New York State Bar (New York State Bar Number 2806651)** and that I am representing Petitioner Adham Mohammed Ali Awad, an indigent, in this proceeding without compensation. I further certify that I am personally familiar with the Local Rules of this Court, the provisions of the Judicial Code (Title 28 U.S.C.) which pertain to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure, the Rules of the United States District Court for the District of Columbia, *Rules of Professional Conduct* as adopted by the District of Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

Dated: October 10, 2006

        Respectfully submitted,

        ORRICK, HERRINGTON & SUTCLIFFE LLP

        _____/s/_____
        Rene Kathawala (pursuant to LCvR 83.2(g))
        666 Fifth Avenue
        New York, New York 10103
        (212) 506-5000
        (212) 506-5151 (fax)

        Counsel for Petitioner

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| ADHAM MOHAMMED ALI AWAD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-2379 (JR) |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Respondents. ) | |

**CERTIFICATE OF APPEARANCE OF MICHAEL W. TRINH, ESQ.
PURSUANT TO LOCAL CIVIL RULE 83.2(g)**

Pursuant to LCvR 83.2(g), I, Michael W. Trinh, certify that I am a member in good standing of the State Bar of California (State Bar of California Number 240937) and that I am representing Petitioner Adham Mohammed Ali Awad, an indigent, in this proceeding without compensation. I further certify that I am personally familiar with the Local Rules of this Court, the provisions of the Judicial Code (Title 28 U.S.C.) which pertain to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure, the Rules of the United States District Court for the District of Columbia, *Rules of Professional Conduct* as adopted by the District of Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

US_EAST:160094496.1

Dated: October 10, 2006

        Respectfully submitted,

        ORRICK, HERRINGTON & SUTCLIFFE LLP

        _/s/Michael_W._Trinh_____
        Michael W. Trinh (pursuant to LCvR 83.2(g))
        1000 Marsh Road
        Menlo Park, California 94025
        650-614-7400
        650-614-7401 (fax)

        Counsel for Petitioner