IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADHAM MOHAMMED ALI AWAD,<br><br>*Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>*Respondents*. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-2379 (JR)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF APPEARANCE OF CATHERINE LUI, ESQ. PURSUANT TO LOCAL CIVIL RULE 83.2(g)

Pursuant to LCvR 83.2(g), I, Catherine Lui, certify that I am a member in good standing of the California State Bar (California. Bar Number 239648) and that I am representing Petitioner Adham Mohammed Ali Awad, an indigent, in this proceeding without compensation. I further certify that I am personally familiar with the Local Rules of this Court, the provisions of the Judicial Code (Title 28 U.S.C.) which pertain to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure, the Rules of the United States District Court for the District of Columbia, *Rules of Professional Conduct* as adopted by the District of Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

Dated:  October 18, 2006

        Respectfully submitted,

        ORRICK, HERRINGTON & SUTCLIFFE LLP


        _____/s/ Catherine Lui_____
        Catherine Lui (pursuant to LCvR 83.2(g))
        405 Howard Street
        San Francisco, CA 94105
        (415) 773-5801
        (415) 773-5759 (fax)

        Counsel for Petitioner

## CERTIFICATE OF SERVICE

    I certify I have caused a true and correct copy of the foregoing Certificate of Appearance of Catherine Lui, Esq. Pursuant to Local Civil Rule 83.2(g) to be served on this 18th day of October, 2006, by this Court's Electronic Case Filing ("ECF") system upon the following:

        Preeya M. Noronha, Esquire
        Terry M. Henry, Esquire
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, N.W., Room 7144
        Washington, D.C.  20530
        preeya.noronha@usdoj.com

                /s/ Michael W. Trinh
                Michael W. Trinh
                1000 Marsh Road
                Menlo Park, CA 94025
                (650) 614-7321
                (650) 614-7401 (fax)

                Counsel for Petitioner