IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                        )
ADHAM MOHAMMED ALI AWAD,              )
                                                        )
*Petitioner*,                                           )
                                                        )
*v.*                                                    )          Civil Action No. 05-2379 (JR)
                                                        )
GEORGE W. BUSH, *et al.,*                    )
                                                        )
*Respondents.*                                     )
_____)

### MOTION FOR WITHDRAWAL OF APPEARANCE OF
### PANAYIOTA G. SOURAS, ESQ.
### PURSUANT TO LOCAL CIVIL RULE 83.6(c)

Pursuant to LCvR 83.6(c), I, Panayiota G. Souras, move this Court for withdrawal of

my appearance as counsel for Petitioner Adham Mohammed Ali Awad.  As of October 13,

2006, I will no longer be employed with Orrick, Herrington & Sutcliffe LLP.  New counsel has

entered a notice of appearance in this matter.

Dated:  October 13, 2006

                                        Respectfully submitted,

                                        ORRICK, HERRINGTON & SUTCLIFFE LLP


                                        _____/s/ Panayiota G. Souras_____
                                        Panayiota G. Souras (pursuant to LCvR 83.2(g))
                                        3050 K Street, N.W.
                                        Washington, DC  20007
                                        (202) 339-8465
                                        (202) 339-8400 (fax)

                                        Counsel for Petitioner

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion for Withdrawal of Appearance of Panayiota G. Souras, Esq. Pursuant to Local Civil Rule 83.6(c) was served on this 16th day of October, 2006, by this Court's Electronic Case Filing ("ECF") system upon the following:

> Preeya M. Noronha, Esquire
> Terry M. Henry, Esquire
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue, N.W., Room 7144
> Washington, D.C.  20530
> preeya.noronha@usdoj.com

                    /s/ Panayiota G. Souras