IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADHAM MOHAMMED ALI AWAD, ) <br> ) <br> *Petitioner*, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, *et al.*, ) <br> ) <br> *Respondents*. ) <br> ) | Civil Action No. 05-2379 (JR) |

## MOTION FOR WITHDRAWAL OF APPEARANCE OF BENJAMIN R. JACEWICZ, ESQ., PURSUANT TO LOCAL CIVIL RULE 83.6(c)

Pursuant to Local Civil Rule 83.6(c), I, Benjamin R. Jacewicz, move this Court for withdrawal of my appearance as counsel for Petitioner Adham Mohammed Ali Awad. As of December 31, 2006, I will no longer be employed by Orrick, Herrington & Sutcliffe LLP ("Orrick"). Other counsel from Orrick have entered appearances in this action and will continue to represent Petitioner.

Dated: December 11, 2006

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/
Benjamin R. Jacewicz (DCBN 466743)
Washington Harbour
3050 K Street, N.W., Suite 200
Washington, D.C. 20007
(202) 339-8400
(202) 339-8500 (fax)

Counsel for Petitioner

1

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing Motion for Withdrawal of Appearance of Benjamin R. Jacewicz, Esq., Pursuant to Local Civil Rule 83.6(c) was served on this 11th day of December, 2006, by this Court's Electronic Case Filing ("ECF") system upon the following:

        Preeya M. Noronha, Esquire
        Terry M. Henry, Esquire
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, N.W., Room 7144
        Washington, D.C. 20530
        preeya.noronha@usdoj.com

                /s/
                Benjamin R. Jacewicz