IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADHAM MOHAMMED ALI AWAD, ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| *v.* ) | Civil Action No. 05-2379 (JR) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| *Respondents.* ) | |

**CERTIFICATE OF APPEARANCE OF GLENN K. JONES, ESQ.
PURSUANT TO LOCAL CIVIL RULE 83.2(g)**

Pursuant to LCvR 83.2(g), I, Glenn K. Jones, certify that I am a member in good standing of the **New York State Bar (New York State Bar Number 3067907)** and that I am representing Petitioner Adham Mohammed Ali Awad, an indigent, in this proceeding without compensation. I further certify that I am personally familiar with the Local Rules of this Court, the provisions of the Judicial Code (Title 28 U.S.C.) which pertain to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure, the Rules of the United States District Court for the District of Columbia, *Rules of Professional Conduct* as adopted by the District of Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

Dated: February 27, 2007

        Respectfully submitted,

        ORRICK, HERRINGTON & SUTCLIFFE LLP

        /s/ Glenn K. Jones

        Glenn K. Jones (pursuant to LCvR 83.2(g))
        666 Fifth Avenue
        New York, New York 10103
        (212) 506-5000
        (212) 506-5151 (fax)

        Counsel for Petitioner

## CERTIFICATE OF SERVICE

     I certify that a true and correct copy of the foregoing Certificate of Appearance of Glenn K. Jones, Esq. Pursuant to Local Civil Rule 83.2(g) was served on this 26th day of February, 2007, by this Court's Electronic Case Filing ("ECF") system upon the following:

        Preeya M. Noronha, Esquire
        Terry M. Henry, Esquire
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, N.W., Room 7144
        Washington, D.C.  20530
        preeya.noronha@usdoj.com

                            _____/s/ Diana Rutowski_____