UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ADHAM MOHAMMED ALI AWAD,         :
                                 :
        Plaintiff,                :
                                 :
   v.                             : Civil Action No. 05-2379 (JR)
                                 :
GEORGE W. BUSH, *et al.*,         :
                                 :
        Defendants.               :

### ORDER

It is by the Court *sua sponte* **ORDERED**, on the authority of <u>Boumediene v. Bush</u> and <u>Al Odah v. United States</u>, 476 F.3d 981 (D.C. Cir.), <u>cert. denied</u> 549 U.S. ___ (April 2, 2007), that this case is **dismissed for lack of subject matter jurisdiction**.


                                        JAMES ROBERTSON
                                     United States District Judge