IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ADHAM MOHAMMED ALI AWAD,

*Petitioner*,

*v.*

GEORGE W. BUSH, *et al.*,

*Respondents.*

Civil Action No. 05-2379 (JR)

**NOTICE OF APPEAL**

Notice is hereby given that Adham Mohammed Ali Awad, petitioner, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from an order dismissing this case entered in this action on April 5, 2007.

Dated: May 3, 2007

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

Cathy Lui /MWT

Cathy Lui (pursuant to LCvR 83.2(g))
405 Howard Street
San Francisco, CA 94105
(415) 773-5700
(415) 773-5759 (fax)

Counsel for Petitioner

Court Name: District of Columbia
Division: 1
Receipt Number: 4616004004
Cashier ID: [illegible]
Transaction Date: 05/04/2007
Payer Name: Appeal

NOTICE OF APPEAL/DOCKETING FEE
For: Appeal
Amount: [illegible].00

CHECK
Check/Money Order Num: 667156
Amt Tendered: $450.00
CHECK
Check/Money Order Num: 667157
Amt Tendered: $5.00

Total Due: $455.00
Total Tendered: $455.00
Change Amt: $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $45 fee will be charged for a returned check.

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on this 4th day of May 2007 via e-mail and sent via first-class mail upon the following:

Judry Laeb Subar, Esquire
Terry M. Henry, Esquire
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530
judry.subar@usdoj.com

M. A. Austin
Mildred Ann Austin