# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5194**   **September Term, 2007**

04cv02022

Filed On: September 7, 2007

[1065327]

Saifullah Paracha, Detainee, Guantanamo Bay Naval
Station and Farhat Paracha, Next Friend,
　　　　Appellants

　　　v.

George W. Bush, Jr., et al.,
　　　　Appellees

_____

Consolidated with 05-5333

　　**BEFORE**:　Ginsburg, Chief Judge, and Randolph, Circuit Judge, and Edwards, Senior Circuit Judge

### O R D E R

Upon consideration of appellants' motion to recall the mandate and the opposition thereto, and it appearing that no mandate has issued, it is

**ORDERED**, on the court's own motion, that the issuance of the mandate be stayed pending further order of the court. It is

**FURTHER ORDERED** that the motion to recall the mandate be dismissed as moot.

The parties are directed to file motions to govern within thirty days of the Supreme Court's decision in <u>Boumediene v. Bush</u> and <u>Al Odah v. United States</u>, Nos. 06-1195 & 06-1196, <u>cert. granted</u> (U.S. Jun. 29, 2007).

### Per Curiam

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　BY:

　　　　　　　　　　　　　　　　Nancy G. Dunn
　　　　　　　　　　　　　　　　Deputy Clerk