IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADHAM MOHAMMED ALI AWAD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-cv-2379 (JR) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER DENYING PETITIONER'S MOTION TO RECONSIDER AND VACATE ORDER OF APRIL 2, 2007 DISMISSING CASES

Upon the Petitioner's Motion to Reconsider and Vacate Order of April 2, 2007 Dismissing Cases and respondents' opposition thereto, it is hereby ORDERED that the petitioner's motion is DENIED.

IT IS SO ORDERED.

Dated:

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE