# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5147**                                   **September Term 2007**

05cv02379

**Filed On: July 10, 2008**

Adham Mohammed Ali Awad, Detainee, U.S.
Naval Base, Guantanamo Bay, Cuba,

>Appellant

>v.

George W. Bush, President of the United
States of America, et al.,

>Appellees

**BEFORE:**   Ginsburg, Rogers, and Garland, Circuit Judges

### ORDER

Upon consideration of the unopposed motion to vacate and remand, it is

**ORDERED** that the motion be granted. The district court's order filed April 5, 2007, dismissing appellant's petition for a writ of habeas corpus, Civil Action No. 05-2379 (D.D.C.), is hereby vacated, and this case is remanded to the district court for proceedings consistent with <u>Boumediene v. Bush</u>, 128 S. Ct. 2229 (2008).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue forthwith to the district court a certified copy of this order in lieu of formal mandate.

### Per Curiam

>**FOR THE COURT:**
>Mark J. Langer, Clerk

>BY:   /s/
>Heather Stockslager
>Deputy Clerk