UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADHAM MOHOMMED ALI AWAD, detainee, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents. | Case No. 1:05-cv-02379 (TFH) |

## NOTICE

Petitioner Adham Mohommed Ali Awad in the above-captioned case joins in "Petitioners' Response to Respondents' Motion for Relief from Scheduling Order," filed September 8, 2008 in Misc. Case No. 08-0442 (TFH).

Dated: September 9, 2008

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Catherine Y. Lui
Catherine Y. Lui
405 Howard Street
San Francisco, CA 94105
(415) 773-5700 (Telephone)
(415) 773-5759 (Facsimile)

Of Counsel:

Rene Kathawala
Glenn K. Jones
Diana Rutowski

**CERTIFICATE OF SERVICE**

  I, Catherine Y. Lui, certify that on this 9th day of September 2008, I served the foregoing on the counsel listed below by this Court's Electronic Case Filing ("ECF") system.

    Judry L. Subar, Esquire
    Terry M. Henry, Esquire
    Paul E. Ahern, Esquire
    Gregory G. Kastas, Esquire.
    John C. O'Quinn, Esquire.
    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Avenue, N.W., Room 7144
    Washington, D.C.  20530
    Tel: (202) 514-4107
    Fax: (202) 616-8470

    *Counsel for Respondents*

    /s/ Catherine Y. Lui
    Catherine Y. Lui