IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
―――――――――――――――――――――― x
                       :
IN RE:                 :
                       :
GUANTANAMO BAY         :   Misc. No. 08-442 (TFH)
DETAINEE LITIGATION    :
                       :   Civil Action Nos.
                       :
                       :   04-CV-1144, 04-CV-1254, 05-CV-270, 05-CV-280,
                       :   05-CV-392, 05-CV-492, 05-CV-520, 05-CV-526,
                       :   05-CV-748, 05-CV-883, 05-CV-994, 05-CV-998,
                       :   05-CV-1048, 05-CV-1220, 05-CV-1347, 05-CV-1353,
                       :   05-CV-1429, 05-CV-1457, 05-CV-1458, 05-CV-1497,
                       :   05-CV-1504, 05-CV-1505, 05-CV-1506, 05-CV-1509,
                       :   05-CV-1555, 05-CV-1602, 05-CV-1607, 05-CV-1623,
                       :   05-CV-1639, 05-CV-1704, 05-CV-1971, 05-CV-2088,
                       :   05-CV-2185, 05-CV-2186, 05-CV-2199, 05-CV-2370,
                       :   05-CV-2371, 05-CV-2379, 05-CV-2380, 05-CV-2385,
                       :   05-CV-2386, 05-CV-2477, 05-CV-2479, 06-CV-1688,
                       :   06-CV-1758, 06-CV-1759, 06-CV-1767, 06-CV-1684,
                       :   06-CV-1690, 08-CV-987, 08-CV-1101, 08-CV-1153,
                       :   08-CV-1185, 08-CV-1221, 08-CV-1227, 08-CV-1310,
                       :   08-CV-1628
―――――――――――――――――――――― x
```

**[PROPOSED] ORDER**

Upon consideration of Respondents' Motion to Dismiss Improper Respondents (Dkt. 723 in 1:08-mc-442 (TFH)), it is hereby:

ORDERED that Respondents' Motion is DENIED in its entirety.

Dated: _____                    _____
                                                 Thomas F. Hogan
                                                 United States District Judge