IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) Misc. No. 08-0442 (TFH) )<br>) Civil Action Nos. |
| GUANTANAMO BAY<br>DETAINEE LITIGATION | )<br>) 04-cv-1136; 04-cv-1144; 04-cv-1254; 05-cv-0270;<br>) 05-cv-0329; 05-cv-0392; 05-cv-0492; 05-cv-0520;<br>) 05-cv-0526; 05-cv-0634; 05-cv-0877; 05-cv-0883;<br>) 05-cv-0998; 05-cv-1048; 05-cv-1124; 05-cv-1220;<br>) 05-cv-1244; 05-cv-1429; 05-cv-1457; 05-cv-1458;<br>) 05-cv-1487; 05-cv-1497; 05-cv-1506; 05-cv-1509;<br>) 05-cv-1555; 05-cv-1592; 05-cv-1601; 05-cv-1602;<br>) 05-cv-1607; 05-cv-1623; 05-cv-1639; 05-cv-1704;<br>) 05-cv-1971; 05-cv-2088; 05-cv-2185; 05-cv-2186;<br>) 05-cv-2199; 05-cv-2249; 05-cv-2367; 05-cv-2370;<br>) 05-cv-2371; 05-cv-2379; 05-cv-2380; 05-cv-2384;<br>) 05-cv-2387; 05-cv-2398; 05-cv-2477; 06-cv-1668;<br>) 06-cv-1684; 06-cv-1688; 06-cv-1690; 06-cv-1758;<br>) 06-cv-1759; 06-cv-1761; 06-cv-1767; 08-cv-0987;<br>) 08-cv-1101; 08-cv-1153; 08-cv-1207; 08-cv-1227;<br>) 08-cv-1235; 08-cv-1237; 08-cv-1238; 08-cv-1310;<br>) 08-cv-1628 |

## **NOTICE OF APPEARANCE**

Please take notice of the appearance of the following counsel on behalf of Respondents:

> KATHRYN C. MASON
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., N.W., Room 7221
> Washington, D.C. 20530
> (202)616-8298
> Kathryn.Mason@usdoj.gov

Dated: November 6, 2008                                   Respectfully submitted,

> GREGORY G. KATSAS
> Assistant Attorney General
>
> JOHN C. O'QUINN
> Deputy Assistant Attorney General
>
> */s/ Kathryn C. Mason*
> JOSEPH H. HUNT (D.C. Bar No. 431134)

2

VINCENT M. GARVEY (D.C. Bar No. 1 27191)
TERRY M. HENRY
ANDREW I. WARDEN
SCOTT M. MARCONDA
KATHRYN C. MASON
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC 20530
Tel: (202)616-8298
Fax: (202)616-8470
Attorneys for Respondents