IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ADHAM MOHAMMED ALI AWAD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2379 (JR) |
| | ) | |
| BARACK H. OBAMA, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## NOTICE OF PUBLIC FILING OF FACTUAL RETURN

Pursuant to the Court's Order of June 1, 2009, attached is the declassified factual return for petitioner Adham Mohammed Ali Awad (ISN 088), suitable for public release.[1]

Dated: July 29, 2009

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY
Assistant Branch Director

---

[1] Some declassified exhibits in the factual return contain numerical and/or alphabetical codes within the redacted material. Those codes were part of the Government's tracking mechanism and are for the Respondents' internal purposes only

/s/ *Timothy S. Laffredi*
ANDREW I. WARDEN
RODNEY PATTON
TIMOTHY S. LAFFREDI
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel: (202) 305-1595
*Attorneys for Respondents*