███

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No.<br>05-CV-2379 (JR) |

FACTUAL RETURN

███

█████

Respondents hereby submit, as explained herein, a factual return pertaining to the petitioner identified as the subject of the attached Narrative. This return sets forth factual bases[1] supporting petitioner's lawful, ongoing detention pursuant to the Authorization for the Use of Military Force and the President's power as Commander in Chief.

Dated: October 6, 2008          Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

*/s/ Joseph H. Hunt*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JUDRY L. SUBAR (D.C. Bar No. 347518)
PAUL AHERN
SCOTT R. BELHORN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel: 202.305.305.8782
Fax: 202.202.305.2685

Attorneys for Respondents

---

[1] Respondents reserve the right to seek leave to further supplement the record with additional factual bases supporting petitioner's detention, as necessary.

█████

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No.<br>05-CV-2379 (JR) |

DECLARATION OF REAR ADMIRAL DAVID THOMAS

## Declaration of Rear Admiral David M. Thomas, Jr.

Pursuant to 28 U.S.C. § 1746, I, David M. Thomas, Jr., hereby declare under penalty of pejury under the laws of the United States of America that to the best of my knowledge, information, and belief, the following is true, accurate, and correct:

I am a Rear Admiral in the United States Navy, with 31 years of active duty service. I currently serve as Commander, Joint Task Force-Guantanamo (JTF-GTMO), at Guantanamo Bay, Cuba. I have held this position since 27 May 2008. As such, I am directly responsible for the successful execution of the JTF-GTMO mission to conduct detention and interrogation operations in support of the Global War on Terrorism, coordinate and implement detainee screening operations, and support law enforcement and war crimes investigations.

The attached narrative and supporting materials from files of the Department of Defense or other government agencies contain information used by the Department of Defense to establish the status of the individual who is the subject of the narrative as an enemy combatant and to substantiate their detention as an enemy combatant at Guantanamo Bay, Cuba.

Dated:

DAVID M. THOMAS, JR.
Rear Admiral, U.S. Navy

███

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADHAM MOHAMMED ALI AWAD,<br><br>Petitioner,<br><br>v.<br><br>GEORGE WALKER BUSH, *et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2379 (JR) |

## NARRATIVE FOR ADHAM MOHAMMED ALI AWAD, ISN 88

### Introduction

1. Adham Mohammed Ali Awad ███ ("Waqas") is a ███ citizen currently detained at the U.S. Naval Station, Guantanamo Bay, Cuba. ███ interviewers and ███

███

1

2. ███ entered the Mirwais hospital ("Mirwais" or simply the "hospital") located in Kandahar province, Afghanistan. Although the insurgents initially entered Mirwais for treatment, they eventually barricaded themselves inside the hospital, and attempted to defend their position with a small arsenal. The press widely reported the insurgents' threats to blow up themselves and the other patients if United States / Coalition military personnel dared to approach the hospital. Thereafter, members of the Afghan National Army (the "Afghan forces") ███ surrounded the hospital. Attempts by the Afghan forces to negotiate an end to the stand-off were rebuked with threats of violence by the Arabs inside the hospital, resulting in a protracted stalemate. The siege on Mirwais lasted for approximately seven weeks between December 2001 and January 28, 2002. ███ the Afghan forces entered Mirwais and captured Waqas, wounded and unarmed. Eventually, the stand-off at Mirwais climaxed in a violent gun battle lasting several hours. The remaining insurgents were all killed.

3. In the attached documents that are used to assess Waqas as an enemy combatant, there are interviews with him and others conducted by law enforcement and intelligence personnel, as well as information derived from other sources and methods. Information received from these

█████

sources is typically reproduced in reports created by the collecting officer. Such information is also commonly analyzed by intelligence or law enforcement personnel and used to produce other intelligence products. These reports and intelligence products are routinely relied upon by military or intelligence personnel in making decisions to act upon threats to our national security. Declaration of ███ [D3] █████████ "Background Declaration—Intelligence 101" (Sept. 19, 2008) ("███ [D3] █████████ Intel. Declaration"); Declaration of Robert H. Holmes, "Use of Intelligence Products in the Targeting and Operation Cycles in Operation Enduring Freedom" (Aug. 22, 2008) ("Holmes Declaration").

4.      As with all enemy combatants detained at Guantanamo Bay, Cuba ("Guantanamo"), Waqas has an assigned Internment Serial Number ("ISN")—an administrative code assigned to military detainees. Waqas' full ISN number is [b(2)]-00088[b(2)] in which the number "88" is Waqas' unique identifier and the [b(2)] designation indicates that he is a [b(1)] national. Source documents attached as exhibits to this Factual Return may refer to Waqas by name, full ISN, or various short forms, such as "[b(2)] 00088" or "ISN 88." Likewise, other military detainees may be referred to in such source documents by name or various forms of ISN. Similarly, the English transliteration of detainees' names is subject to change depending on the translator. For example, Waqas' name is alternatively spelled "Waqas," "Wakaas," or "Wakaas." In other documents, he is referred to as "Awad." See Declaration of [D3] █████████, "Background Declaration—Names, Aliases, Kunyas and Variants." (Sept. 19, 2008) ("[D3] █████████ Names Declaration").

█████

3

█████

5. The following narrative illustrates the reasons why Waqas' continued detention is lawful, as contained in the source documents attached as the factual return to his petition for a writ of habeas corpus. This narrative is not intended to be a complete explication of the information in support of Waqas' detention in those documents.

### Background.

6. Al-Qaida ("the Base") was founded by Usama bin Laden and others in or around 1989 or 1990 for the purpose of opposing certain governments and officials with force and violence. National Comm'n on Terrorist Attacks Upon the United States, *The 9/11 Commission Report* 56 (2004) (*9/11 Commission Report*).

7. Usama bin Laden is recognized as the "emir" (prince or leader) of al-Qaida. *Id.*

8. A purpose or goal of al-Qaida, as stated by Usama bin Laden and other al-Qaida leaders is to support violent attacks against property and nationals (both military and civilian) of the United States and other countries. *Id.* at 59–61.

9. Between 1989 and 2001, al-Qaida established training camps, guest houses, and business operations in Afghanistan, Pakistan, and other countries for the purpose of training and supporting violent attacks against property and nationals (both military and civilian) of the United States and other countries. *Id.* at 64–67.

10. In 1996, Usama bin Laden issued a public "Declaration of Jihad Against the Americans." This declaration called for the murder of U.S. military personnel serving on the

█████

Arabian Peninsula. *Id.* at 48.

11. In February 1998, Usama bin Laden and Ayman al-Zawahiri (bin Laden's deputy) issued a fatwa (purported religious ruling) requiring all Muslims able to do so to kill Americans—whether civilian or military—anywhere in the world. *Id.* at 47.

12. Since 1989, members and associates of al-Qaida, known and unknown, have carried out numerous terrorist attacks, including, but not limited to, the attacks against the American embassies in Kenya and Tanzania in August 1998, which killed approximately 250 people, *id.* at 68–70; the attack against the U.S.S. Cole in October 2000, which killed 17 United States Navy sailors, *id.* at 190–93; and the attacks on the United States on September 11, 2001, which killed approximately 3,000 people. *Id. passim.*

13. The Taliban ("students of Islamic knowledge") is an Islamic fundamentalist group that was formed in Afghanistan in 1994. *The Taliban in Afghanistan, available at* www.cfr.org/publication/10551. After two years of violent conflict that included the capture of Kabul, Afghanistan's capital, the Taliban took control of Afghanistan's national government in 1996. *9/11 Commission Report* at 65. Although it was never formally recognized by the United States (*id.* at 124) the Taliban controlled Afghanistan's national government from 1996 until the United States-led military campaign ousted the Taliban from power in 2001. *Id.* at 337–38. During the period in which the Taliban controlled Afghanistan's national government, it provided safe harbor and support to al-Qaida and Usama bin Laden. *Id.* at 64–67.

14. On September 18, 2001, following the attacks on the United States on September 11,

██████

2001, Congress adopted the Authorization for the Use of Military Force. 115 Stat. 224 (2001). Recognizing that the attacks of September 11, 2001, "render it both necessary and appropriate that the United States exercise its rights to self-defense and to protect United States citizens at home and abroad," Congress authorized the President "to use all necessary and appropriate force against those nations, organizations, or persons he determines planned, authorized, committed, or aided the terrorist attacks that occurred on September 11, 2001, or harbored such organizations or persons, in order to prevent any future acts of international terrorism against the United States by such nations, organizations or persons." Within weeks, United States military forces were deployed in Afghanistan. *9/11 Commission Report* at 337.

15. The United States led the initial aerial bombing campaign of Afghanistan, with ground forces composed of United States forces and Afghanistan militia opposed to the Taliban, including the Northern Alliance. The Northern Alliance is an association of Afghan groups opposed to the Taliban. The Northern Alliance has assisted the United States in its military campaign in Afghanistan to defeat al-Qaida and the Taliban. *Id.* at 330–34; 336–38.

16. In December 2001, the United States-led military campaign removed the Taliban from control of Afghanistan's national government. *Id.* at 337–38. Taliban and al-Qaida forces, however, have continued to operate in Afghanistan and attack coalition forces. Currently, two major military operations are underway in Afghanistan. First, Operation Enduring Freedom ("OEF") is a multinational coalition military operation, led by the United States, initiated in October 2001 to counter terrorism and bring security to Afghanistan in collaboration with Afghan forces.

██████

█████

*See* www.state.gov/r/paJprs/ps/2006/60083.htm. OEF operations led to the collapse of the Taliban government and helped bring security and stability to Afghanistan. *Id.* OEF involves troops from over twenty nations, including approximately 19,000 United States forces and 3,000 non-United States troops. *Id.* Second, the International Security Assistance Force (ISAF) is a United Nations-mandated international coalition operating under the command of the North Atlantic Treaty Organization (NATO). See www.nato.int/isaf/index.html. ISAF was established in 2002 with the goal of creating conditions for stabilization and reconstruction in Afghanistan. ISAF is comprised of approximately 50,000 troops from 40 countries. *Id.*



17. ███ ISN 88 ███ ... *Id.*

18. ███ ISN 88 ███

7

19. ██████ ISN 88 ██████ Waqas claims no expertise in any weapons other than the Kalashnikov rifle ("AK-47"), which he stated he learned to use in Yemen, because everyone there has one. ISN 88 FD-302 (May 4, 2002).

20. ██████ *see also* ██████ *Id.*

21. ██████ *see also* ██████ The Arabic word "Abu" literally translates to "Father." However, the name "Abu Waqas" may be an honorific or alias (Arabic: "*kunya*"), such that is commonly use by persons engaged in terrorists activities. *See* ██████ Names Declaration. ██████ ISN 88 FD-302 (Oct. 15, 2002); ██ FD-302 (Oct. 21, 2002).

22. ██████

8



See Declaration of [D3] [D3] "Background Declaration—Terrorist Training Camps" (Sept. 19, 2008) ("[D3] Declaration").

### Waqas Materially Supported Hostilities Against United States / Coalition Forces

23.   Waqas [b(1)] ISN 88 [b(2)] [C1, C2, C6] [C1, C2, C6]



[C2] In an interview in 2006, [A6] of the Afghan National Army recognized Waqas as the Arab he captured inside Mirwais. [A6] FM40 (Mar. 15, 2006). Waqas materially supported hostilities against the United States and Coalition Forces.

24.   The takeover of Mirwais by Arab al-Qaida insurgents was widely reported in the public news media. *See, e.g.,* OPEN SOURCE: Karl Vick, *For al Qaeda Patients, Cautious Care*, WASH. POST, Dec. 20, 2001, at A27; OPEN SOURCE: Thomas E. Ricks & Karl Vicks, *U.S. Reports Calm in Afghanistan on Christmas Eve; At Kandahar Hospital, Arrest Brings Gunfire*, WASH. POST, Dec. 25, 2001, at A21; OPEN SOURCE: Drew Brown, *Armed Patients, Not the Sick, Biggest Concern at Hospital*, MIAMI HERALD, Dec. 26, 2001, at 21A; OPEN SOURCE: Drew

███

Brown, *Al-Qaeda Group Holed Up in Hospital*, PHIL. INQ., Dec. 30, 2001 at A10; OPEN SOURCE: Karl Vick, *Hospital Detention of Arab Fighter Ends With Suicide*, WASH. POST, Jan. 8, 2002, at A12; OPEN SOURCE: Pamela Constable, *Kandahar Hospital Siege Ends in al Qaeda Deaths*, WASH. POST, Jan. 28, 2002, at A12. The above-cited media sources are cited strictly for background purposes only. The Government makes no representation as to the credibility of any press source or the veracity of any particular assertion contained in any of the media reports cited herein.

25. ███ C2 ███ *see also* ███ FD-302 (Oct. 21, 2002). ███ *Id.* ███ *Id.* ███ *Id.*; *see also* A6 ███ FM40 (Mar. 15, 2006).

26. ███ one of the Arabs inside Mirwais was captured. *Id.* C1, C6 ███ C2 ███ FD-302 (June 6, 2002); ███ FD-302 (Oct. 21, 2002). b(1), b(2), b(6) ███ b(1), b(2), b(6) ███ b(1), b(2), b(6) ███ b(2) *See* ███ b(2) ███ *see also* C2 ███ C1, C2 ███ C1, C2 ███

27. Although ███ admits he entered the hospital as a result of injuries sustained during a motor vehicle collision, in ███ account, the collision that injured him was unrelated ███

10

to the other Arabs inside Mirwais. ▮▮▮ FD-302 (June 6, 2002). ▮▮▮ reports that he was hit by a vehicle while on foot. According to ▮▮▮, he lost consciousness; upon awaking, his doctors told him that the driver of the vehicle had taken him to Mirwais. *Id.*

28. ▮▮▮ reports that he was placed in a hospital room ▮▮▮ with other Arabic speakers. *Id.* ▮▮▮ claimed not to know the other men, but says that they identified themselves to him as al-Qaida agents. *Id.* ▮▮▮ [C1, C6] ▮▮▮ [C1, C6] ▮▮▮ [C1, C6] ▮▮▮ [C2]

29. ▮▮▮ identified the Arabs inside Mirwais as al-Qaida agents, but described himself as a humanitarian worker for al-Wafa ▮▮▮ ("al-Wafa"), which he claims is a charity that he volunteered for during the month of Ramadan. ▮▮▮ FD-302 (June 6, 2002).

30. [b(1), b(6)] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ [b(2)] ▮▮▮ [b(1), b(6)] ▮▮▮



11



[b(1), b(6) redacted] *Id.*

31. [b(1), b(6) redacted]

[b(1), b(6) redacted] [b(2) redacted]

[b(2) redacted]

32. [redacted] Al-Wafa has been named by the President as a Specially Designated Global Terrorist Organization pursuant to the International Emergency Economic Powers Act (IEEPA), 50 U.S.C. §1701 *et seq. See* Exec. Order 13224, 66 Fed. Reg. 49079, 49082 (Sept. 23, 2001). [D1 redacted] [D1 redacted] [D1 redacted] Declaration of [D3 redacted] "Background Declaration—Terrorist Organization" (Sept. 19, 2008) ([D3] Declaration").

33. [C1 C6 redacted] [C1 C6 redacted] [C2 redacted] Among the [redacted] names [redacted] provided is an Abu Waqas (transliteration: "Abu Wakaas") whom [redacted] described as a Yemeni male who "had his right leg amputated." *Id.; see also* [redacted]

12



FD-302 (Oct. 21, 2002).

1, C6

2

34. b(1), b(6)

b(1), b(6)           b(2)

b(2)

C2

35.

36.

██████████ C1, C6
██████████ C1, C6 ██████ C2 ██████ ISN 88
FD-302 (Oct. 15, 2002); ████ FD-302 (Oct. 21, 2002).

37.   Afghan National Army forces commanded by ████ A6 ████ captured Waqas inside Mirwais, ████████████████████ A6 ████ FM40 (Mar. 15, 2006). In an interview conducted four years after the hospital siege, ████ A6 ████ identified Waqas as the Arab captured inside Mirwais. *Id.* ████ A6 ████ recalled that Waqas was unarmed and injured at the time of his capture, and that the Afghan troops found Waqas on the hospital's first floor ████████████████████ *Id.* C1, C5
████ C1, C5 ██████████ C2
██ C2 Press reports speculated that the other Arab insurgents surrendered the amputee (*i.e.*, Waqas) on account of his medical condition. *See, e.g.*, OPEN SOURCE: Drew Brown, *Al-Qaeda Group Holed Up in Hospital*, PHIL. INQ., Dec. 30, 2001 at A10.

38.   During his detention at Guantanamo, interviewers have questioned Waqas about the information reported ████ ISN 88 FD-302 (Oct. 15, 2002); ████ FD-302 (Oct. 21, 2002). Waqas denies any connection to, or knowledge of, al-Wafa. ISN 88 FD-302 (Oct. 15, 2002). ████
████████████████████████████████████████ *Id.* ████
████████████████████████████████████████
████████████████

14

██████████ *Id.* Investigators read aloud the list of names of the Arab insurgents at Mirwais as reported ██████ *Id.* According to the investigators, Waqas denied knowing the men's names, but appeared to laugh nervously as their names were read to him. *Id.*



39. ██████████████████████████████████

40. ██████████████████████ he reportedly swore to bin Laden an oath of loyalty (Arabic: "*Bayat*"), an act that designates a highly trusted al-Qaida operative. ██ FM40 (June 14, 2004).



FD-302 (Nov. 1, 2002). A ███ national and al-Qaida agent, ██ admits that al-Qaida assigned him to guard the Kandahar airport in anticipation of Operation Enduring Freedom. *Id.*

41. █████████████████████████████████ The fighting at Tora Bora occurred in



December of 2001. *See, e.g., The 9/11 Commission Report* at 338;

42.

43.

## Conclusion.

For reasons described above and in the attached exhibits, petitioner is lawfully detained pursuant to, *inter alia*, the President's power as Commander in Chief and the Authorization for the Use of Military Force statute.

