SECRET//NOFORN

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ADHAM MOHAMMED ALI AWAD,

    Petitioner,

    v.

GEORGE WALKER BUSH, *et al.*,

    Respondents.

Civil Action No.  05-CV-2379 (JR)

# ████ FD-302 (Oct. 21, 2002)

SECRET//NOFORN

FD-302 (Rev. 10-6-95)

- 1 -

### FEDERAL BUREAU OF INVESTIGATION



Date of transcription 10/21/2002

      On 10/14/2002, a thorough review of the CITF case file for ███████████, also known as ███████████, Internment Serial Number (ISN) ███████, and consultation with SA ███████ ███████ regarding ISN ███ YM-00088 ███, produced the following significant information:

      ███████████ reviewed a report regarding the initial interview of ███████████ which contained a detailed summary of ███████ capture in Pakistan after fleeing from the airport in Kandahar. In this report, the following names were listed as those present with ███████████ when he was captured: ███████████, ███████████, ABU WAKAAS, ███████████. All of these individuals stayed in the same room of the hospital in Kandahar after being injured during an American bombing raid. Also in the report was an admission that these individuals were members of the AL QAEDA terrorist organization.

      On 10/14/2002, while consulting with SA ███████ regarding this information, it was discovered that ABU WAKAAS was also detained at ███████████ and was scheduled for interview the following day. ABU WAKAAS was further identified as WAKKAS MUHAMED ALI AWAD ███ YM-00088 ███.

      According to a report of interview, dated 10/15/2002, AWAD, aka WAQAS ADHAM MUHAMAD ALI ALA-WATH, ABU WAKAAS, ISN ███ YM-00088 ███ denied knowing any of the individuals named above who were with him in the hospital when captured. Moreover, AWAD appeared to laugh nervously as the names were read to him. While being questioned regarding AL WAFA, ███████████ ███████████. AWAD claimed that he was with other Arabs whom he did not know when captured. ███████████

Investigation on 10/21/2002     at ·     Guantanamo Bay, Cuba

                                    Date dictated 10/21/2002

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

SECRET//NOFORN

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADHAM MOHAMMED ALI AWAD, | |
| Petitioner, | |
| v. | Civil Action No.  05-CV-2379 (JR) |
| GEORGE WALKER BUSH, *et al.*, | |
| Respondents. | |

█████ FD-302 (Nov. 1, 2002)

SECRET//NOFORN

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription   11/01/2002

On 28OCT02 and 29OCT02, ██████████████
██████, Internment Serial Number (ISN) ██████████, was interviewed
by Special Agent (SA) ██████████, Naval Criminal Investigative
Service (NCIS, ██████████ and linguists
██████(28OCT02) and ██████████ (29OCT02), at ██████, Guantanamo
Bay, Cuba. The interview was conducted in Arabic. Throughout the course
of the interview, ██████ provided the following information:

██████ was born on ██████ in ██████████████, Yemen
(YE). From ██████, ██████ attended the ██████████ School
in Aden, YE. ██████ did not go to high school or any secondary school
after he completed eighth grade. In 1994, ██████ got a job as a laborer
and worked for a Yemeni man named ██████ for seven years. ██████
never served in the Yemeni Military. ██████ is a Sunni Muslim who
attended the Grand Mosque in Aden, YE.

**HOME ADDRESS:** ████████████████████
            (No further information - NFI)

**FATHER:** ████████████████████.

**MOTHER:** ████████, ████████████████.

**BROTHERS:** ████████████████████████

            ████████████████████████████

            ████████████████.

            ████████████████, ██████████.

**SISTERS:** ████████████, ████████████████████

            ████████████████, ████████████ ████

            ████████████████, ████████████████

            ████████████████, ████████████████

Investigation on   10/28/02   at   Guantanamo Bay, Cuba

████████████████        Date dictated   10/30/02

████████████████

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency.



FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ███████████████████████ , on <u>10/28/02</u> page <u>2</u>

███████ became interested in traveling to Afghanistan (AF) after talking to his neighbor, ████████ , about his travels to AF and Chechnya. ██████ told ███ he could travel to AF for two months, go to basic training and the return back home to YE. According to ███████ ████ was in AF working for Al QAEDA. ██████ gave ██████ 100 American dollars to help him get his passport, 200 American dollars spending money and paid for his plane ticket. Circa 06-12 June 2001, ██████ flew from San'aa, YE to Dubai, United Arab Emirates (UAE) and then on to Karachi, Pakistan (PK).

Upon arrival in Karachi, ██████ and three other men took a taxi to the MBC Hotel in Karachi. ██████ and the men spent one night at the MBC Hotel and took a bus to Quetta, PK the following day. In Quetta, ██████ was given quarters at a Taliban guesthouse, where he spent one night. The following day, ██████ departed in a taxi with an Afghan guide named ████████ (NFI) who led ████ across the border to Kandahar, AF. ██████ stayed at the Nebras guesthouse in Kandahar for approximately 10-14 days, before departing with a group of forty men to the Al-Farouq training camp.

██████ was at the Al-Farouq camp from July 2001 until September 2001. ████████ was trained in the use of the Kalishnikov rifle, Rocket Propelled Grenades (RPG), hand grenades, land mines, composition-3 (C-3) and Composition-4 (C-4). While ██████ was at the Al-Farouq camp, Usama bin LADEN (UBL) appeared at the camp on two separate occasions. UBL traveled with █████████████████ and approximately fifteen bodyguards. UBL gave a speech to the trainees, which lasted approximately thirty minutes. UBL discussed the jihad, the bombing of the U.S.S. Cole, the embassy bombings in Africa and how such attacks were going to continue against the Americans.

After ██████ completed his training at the Al-Farouq camp, he returned to the guesthouse in Kandahar for approximately one week. The 09/11 attacks on America occurred and ██████ was issued a Kalishnikov rifle and was told by some Al Qaeda members (NFI) to guard the Kandahar airport. A Syrian named ████████ and an Egyptian named ████████ were directing the operations at the Kandahar airport. ████████ believed that ████████ was a member of Al Qaeda. ██████ was at the Kandahar airport until mid-November when he was told by an Iraqi named ████████ to return to Karachi.

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of ███████████████████████, on 10/28/02 page 3

███████ traveled to Khost, AF, where he stayed in a valley between Zur Kwot, AF and Khost for approximately ten days. ███████ then crossed the border in a car and moved on to Wana, PK. Over the next two weeks, ███████ stayed in various different places on his way to Lahore, PK. In Lahore, ██████ stayed with a Pakistani man (NFI) for one week, before returning to Karachi.

Once back in Karachi, ███████ stayed at three different houses being run by, ████████████, ███████ (NFI) from YE and ███████ (NFI) from YE. ███████ stayed at the above houses for approximately one month, before moving in with a Saudi Arabian man named ███████ believed ████ was a member of Al Qaeda. ███████ gave ███████ 1,000 American dollars and told ███████ to go to Iran, because if he returned to YE, he would be sent to jail.

███████ took the bus from Karachi to Quetta, and then from Quetta to the border town of Teffitan (ph?). ███████ and three other men (NFI) crossed into Iran on foot and went to Zahedan, Iran, where a car was waiting for them. The following day, ███████ moved on to Chabahar, Iran, where he contemplated taking a boat back to Oman, YE. While in Chabahar, the Iranian police came looking for ███████ guide, so ███████ decided to return to Karachi. ███████ took a bus to Quetta, another bus to Lahore and then rode in a car to Karachi.

In Karachi, ███████ stayed with a Pakistani man named ███████ for a short period of time, before moving to the apartment where he was eventually captured. Prior to being captured, circa late-August 2002, ███████ saw his friend ███████ at his house in Karachi. ███████, who is missing his right foot, apparently due to an injury he received on the battlefield, informed ███████ that there would be an attack on America even greater that the 09/11 attacks. ███████ also informed ███████ that UBL was still alive, but did not say where UBL was currently located. ███████ stated he believed ███████, because ███████ is a high-ranking Al Qaeda member, right behind ███████. ███████ is also known as ███████ ███████ described ███████ as skinny, dark skin, approximately 66" in height, mustache, no beard, short black hair, approximately 25-30 years of age. ███████ stated although ████ is missing his lower right leg and foot, he wears a prosthetic foot and walks normal.

███████ denied having any prior knowledge of the 09/11 attacks on America. ███████ stated he does not know anybody who lives in the U.S. and has never sent any mail or made any phone calls to the U.S. ███████ has never traveled outside of YE, UAE, PK, AF and Iran. ███████ denied being trained in what to do if he were captured or any counter-interrogation techniques. ███████ stated he would not commit a suicide attack if asked to do so.

███████ was shown several ████ photographs of ████████████████. ███████ stated he has never seen ███████ or heard his name before.

███████████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ADHAM MOHAMMED ALI
AWAD,

    Petitioner,

    v.

GEORGE WALKER BUSH,
*et al.,*

    Respondents.

Civil Action No.  05–CV–2379 (JR)

████████ FM40 (June 14, 2004)

■

CRIMINAL INVESTIGATIVE TASK FORCE (CITF)

REPORT OF INVESTIGATIVE ACTIVITY

| 1. DATE OF INVESTIGATIVE ACTIVITY | 2. PLACE | 3. ACTIVITY NUMBER |
|---|---|---|
| 14 Jun 04 | Bagram Afghanistan | ■ |

**4. REMARKS**

Subject Interview of: (UNK) ■

Date/Place: 14 Jun 04/Bagram Afghanistan

FM40 20040610-0614 - ■

On 10, 11, 12, and 14 June 2004 Reporting Agent (RA) ■ Special Agent, Naval Criminal Investigative Service, interviewed ■ for a total of 15 hours at the Bagram Control Facility (BCF), Bagram, Afghanistan. ■ DoD Analyst, participated in the 14 June 04 interview. DoD contractor ■ provided Arabic/English translation. ■ was provided beverages and food. ■ stated he was feeling well, both mentally and physically. ■ confirmed his name was ■ and stated he used the following kunyas; ■ stated only his friends and family in Yemen (YM) referred to him by these two kunyas), ■ (his first born son's name is ■ was born in Aden, Yemen in either January or February of 1970.

■ stated in 1994 he was arrested for destroying tombstones. When asked why he did this, ■ advised a Fatwa had been issued by Sheik Muqbil Al Wadi, stating it was illegal, according to Islamic law, to have tombstones above ground. ■ destroyed Al Hashmi's and Al Aydarose's tombstones because these two tombs were worshipped as if they were gods, which is against Islamic law. ■ stated he was imprisoned along with others, to include ■ for two and half months in Yemen. ■ stated this was not anti-government in nature and emphasized he had no problems with the government in Yemen and thinks it is a legitimate government. ■ stated much of his extended family works for the Yemeni government. When asked about Sheikh Al Wadi, ■ stated Wadi died in 2000 from a type of cancer. Wadi was a well-known cleric who had his own institute "Damaj" or "Dar Al Hadith" in Yemen (Analyst Comment: Dar Al Hadith in the Damaj is between Sana and Sadda, YM). ■ stated that he often went to the Damaj Institute for a week at a time to attend classes. ■ stated that Wadi issued several other fatwas, to include ones against witchcraft and tobacco, but stated Wadi never issued any fatwas relating to Jihad. ■ stated Wadi never gave him, or others, any money to travel to Afghanistan and he never heard Wadi mention any anti-American sentiments. ■ stated he did see an American at the Institute, ■ also stated he saw another individual at the Damaj Institute known as ■ denied ever seeing other UBL bodyguards at the Institute.

■ stated he traveled twice to Saudi Arabia for Um'ra, once in 1995 with a friend and once in 1997 by himself. In 1995, he stayed in Saudi Arabia for two weeks. In 1997, even though his visa was only good for two weeks, he stayed almost thirty days, selling holy water to make extra money. ■ stated he had a variety of jobs in Yemen, to include selling cattle and sheep to driving a taxi. ■ stated he wasn't make enough money to support his family and he wanted to die, so he began asking for guidance from his friends ■ advised him to join Chechnya Jihad and gave ■ two videos to watch which were about Chechnya Jihad. ■ told ■ he would need to go to Afghanistan first in order to receive training and provided ■ with a letter of introduction. ■ stated ■ brother is ■ but ■ has

■

| PAGE 1 OF 8 PAGES |
|---|

■

Declassified by: FS
Date: 14 Nov 2008

**4. REMARKS (Continued)**

everyone else assumed these individuals were Al Qaida ▮▮▮ was unaware of ▮▮▮ transporting weapons.
▮▮▮ stated as far as he knows, ▮▮▮ only drove UBL, not other members of Al Qaida or any martyrs. When asked
if ▮▮▮ had any role in making videos, ▮▮▮ said he did not, and then elaborated "KSM's gang" was in charge of
that. When asked about Massoud's assassination, ▮▮▮ stated he believed the assassination was the work of the
Egyptian elements of Al Qaida (e.g. ▮▮▮ Zawahiri). When asked about ▮▮▮
▮▮▮ relationship with UBL, ▮▮▮ stated ▮▮▮ was a veteran Al Qaida member who was not close to the
Egyptians. ▮▮▮ had never sat down and talked privately with ▮▮▮ but did notice ▮▮▮ was very close to UBL.

▮▮▮ stated he thought he ▮▮▮
▮▮▮ stated that around January 2001, ▮▮▮ left Afghanistan to go to Pakistan for two
months to get his teeth fixed. ▮▮▮ stated that when he went to Karachi Pakistan in August 2001, he saw ▮▮▮
with ▮▮▮ and ▮▮▮ and he had dinner with the three of them. ▮▮▮ stated all three had their faces
shaved, but he did not know what they were doing or where they were on their way to. ▮▮▮ stated ▮▮▮ was a
bodyguard when ▮▮▮ got there in July 2000 in Kandahar and ▮▮▮ believed he went with UBL to Tora Bora
before UBL disappeared. ▮▮▮

When asked about the individuals who were drivers for UBL while ▮▮▮ was a guard, ▮▮▮ stated
▮▮▮ were all drivers for UBL while he was a guard. ▮▮▮
stated UBL chose his drivers by those who were very close to him and those who he trusted, like veteran ▮▮▮
▮▮▮ who had injured his leg fighting in Kabul. The drivers had to show the same commitment to UBL and Al Qaida
that the bodyguards did; ▮▮▮ believes they were also made to swear Bayat to UBL. ▮▮▮ stated there was no
training for being a driver for UBL. ▮▮▮ stated he was allowed to drive the convoy cars, but never UBL. ▮▮▮
stated they drove Toyota Pick-up trucks.

▮▮▮ stated he was a bodyguard until April 2001.  He left Afghanistan and traveled to Pakistan to get an operation
for his hernia. ▮▮▮ stated he had this operation circa 10May01 and stayed in an Al Qaida guesthouse in Lahore
for two months recuperating.  He then moved to Karachi for another month, staying in another Al Qaida guesthouse
waiting for his family to arrive from Yemen.

▮▮▮ stated in the first week of August 2001, ▮▮▮
▮▮▮ They stayed in Karachi for one week in a hotel before leaving for Afghanistan. ▮▮▮ stated during
this time, ▮▮▮ arrived with a letter from ▮▮▮ stated that UBL was ordering ▮▮▮ and ▮▮▮
▮▮▮ to return to Yemen, and not come back to Afghanistan. When asked why UBL no longer wanted ▮▮▮ in
Afghanistan, as one of his guards, ▮▮▮ answered  the Egyptians who were in charge of Al Qaida did not like the
Yemenis, and this is why he did not retain his job as a bodyguard. ▮▮▮ stated this made him extremely mad
because he had just spent his money, not Al Qaida money. ▮▮▮
▮▮▮ stated ▮▮▮ would not give him any money ▮▮▮
to Afghanistan so he asked a Saudi he had met (NFI) for 1000 Saudi Riyals. ▮▮▮ When he
got to the Quetta airport, he ran into someone he knew (NFI) who gave ▮▮▮ a ride to Kandahar.

Declassified by: FS
Date: 14 Nov 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

██████████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADHAM MOHAMMED ALI AWAD, | |
| Petitioner, | |
| v. | Civil Action No. 05-CV-2379 (JR) |
| GEORGE WALKER BUSH, *et al.*, | |
| Respondents. | |

████████ FM40 (Mar. 15, 2006)

████████████

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 14 Nov 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

████

| CRIMINAL INVESTIGATION TASK FORCE (CITF) |
|---|
| REPORT OF INVESTIGATIVE ACTIVITY |

| 1. DATE OF INVESTIGATIVE ACTIVITY | 2. PLACE | 3. ACTIVITY NUMBER |
|---|---|---|
| 15 Mar 06 | Kandahar AF, Kandahar, Afghanistan | ████████ |

**4. REMARKS**

Witness Interview of: ████████████

████████  On 16 Nov 05, this office received a Request for Assistance (RFA) from the Department of Defense Criminal Investigation Task Force, Guantanamo Bay, Cuba, to interview ████████ Commander of 30 to 40 Mujahidin fighters during the first night of fighting at the Kandahar Hospital, Kandahar, Afghanistan (AF).

████████  On 16 Dec 06, Special Agent(SA)████████, DoD-CITF, Bagram Air Field (BAF), AF, coordinated with SA ████████ Air Force Office of Special Investigations, Kandahar, AF, regarding the location of████████ SA ████████ stated she would coordinate with the local Afghanistan police chief for information and details on locating ████████

████████  On 16 Jan 06, SA████████contacted this office and informed SA████████that ████████ was located and agreed to be interviewed by SA████████and provide details of the hospital siege in Kandahar, AF. (AGENT's COMMENT: ████████was interviewed under ████████

████████  On 1 Feb 06, SA ████████ interviewed Commander ████████ ████████ provided the name of Commander ████████ as someone else who may have information pertaining to the Kandahar Hospital Siege.

████████  On 15 Feb 06, SA████████conducted an interview of Commander████████ The interview was conducted in Pashtu, and translated by Mr.████████ ████████BAF, AF.

████████  Commander████████provided he was the Commander in charge of approximately 45 Afghan National Army (ANA) personnel at the Kandahar Hospital during the siege.████████ stated he was assigned as the Commander, and was directed to work with ████████(NFI), US Army, by Commander ████████ Corps Commander, Kandahar, AF. (AGENT's COMMENT: In the Afghan language, the letter P is pronounced as an F, and the letter F is pronounced as a P. This would corroborate ████████s statement where he referred to ████████ as ████████ Originally,████████also referred to ████████ as ████████) ████████ provided ████████ and his men with weapons and training. AK-47 rifles were provided to ████████s men, but were taken back after the siege had ended. ████████ stated on the morning of the raid, he and his men surrounded the hospital. All lights were out in the hospital, as well as the surrounding area. Shortly before the call for morning prayers, approximately 0345,████████ took several of his men and entered the first floor of the hospital. ████████ took one person into custody with a

████████████████████████████

| PAGE  1  OF  4  PAGES |
|---|

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 14 Nov 2008

██████████

**4. REMARKS (Continued)**

broken leg. Once he had turned over the detainee to US Forces, ████████ and his men began the assault on the hospital. ████████ stated the assault lasted approximately two hours, and when complete, all barricaded insurgents had been killed. ████████ stated no US/Coalition Forces were killed during the assault, but several ANA soldiers were severely wounded.

████████████████████████████ ISN ████ YM-000088 ██████ the individual whom he detained in the hospital, and stated he had no weapons on his person when detained. ██████ did not see any of the individuals prior to the assault, and did not see ████ YM-000088 ████ fire any weapons.

████████████ stated there had not been any fighting in the area for approximately two months before the Kandahar Hospital siege. US/Coalition Forces had arrived in the area approximately two months before the raid on the hospital.

████████ Answers to specific questions:

1. How did the siege at the hospital begin?

-- ████████ provided that Arabs had gained control of the hospital, and that was the reason the raid was conducted.

2. When did US/Coalition forces arrive?

-- US Forces arrived in the area approximately two months previously.

3. Why did US/Coalition forces arrive at that particular hospital?

-- ████████ stated because the US/Coalition Forces were after the Arabs.

4. Were US forces already engaged in fighting in Kandahar during this time?

-- ████████ stated there had been fighting in the area previously, but there had not been any fighting over the past two months.

5. What happened when you arrived, and who was already there as far as military units go?

-- Answered in text.

████████████████████████████████████████████

Declassified by: FS
Date: 14 Nov 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

███████

**4. REMARKS (Continued)**

6. Did you see any of the insurgents prior to the action against the hospital?

-- ████████ did not see any of the insurgents involved in the siege prior to that night.

██████████████████████████████

-- ████████ recognized a ████████ ISN ████ YM-00088 ████ as the individual he detained from the hospital.

8. Did you ever see either of them during the fight?

-- No.

9. Were they engaged in the fighting with US and Coalition forces?

-- ISN ████ YM-000088 ████ was not involved in the fighting that took place on the night of the raid.

10. Did you actually see either of them firing weapons at US and Coalition forces?

-- No.

11. Did you observe either detainee at any time during the 2 month siege?

-- Yes, the night of capture, but not prior.

12. How did ISN ████ and 88 come into capture?

-- Answered in text.

13. How did the siege end?

-- Answered in text.

████████████████████████████████████████████████

███████

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 14 Nov 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

███████

**4. REMARKS (Continued)**

14.  Were there any US or Coalition soldiers injured or killed during the fight?

-- No US or Afghan personnel were killed in action, however there were several ANA personnel who were severely injured in the raid.

█████████████ was unaware of the exact date of the raid, but stated he believed it happened during the fall time period.

███████████ CONTACTING INFORMATION: His current address is: "1st District, next to the Communications Center," Kandahar, AF. His current telephone number is ████████ ████████ s father's name was ██████████████

███████████████████████████████████████████████

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 14 Nov 2008

███████████████

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADHAM MOHAMMED ALI AWAD, | |
| Petitioner, | |
| v. | Civil Action No.  05-CV-2379 (JR) |
| GEORGE WALKER BUSH, *et al.*, | |
| Respondents. | |

██████████████████



**b(2)**

SUMMARY INTERROGATION REPORT:
**b(2)** SUBJECT: ISN **b(2)** 000088 **b(2)** ((AWAD)) WAQAS MOHAMMED ALI **b(1)**
**b(1)**

1. **b(2)** SUMMARY: **b(1), b(2), b(3)** ((AWAD)) WAQAS
MOHAMMED ALI **b(2)**
**b(2)**

2. **b(2)** APPROACH USED: **b(1)**
3. EFFECTIVENESS OF APPROACH: **b(1), b(5)**
4. **b(2)** **b(2)**
**b(1), b(2), b(5)**

5. **b(2)** RECOMMENDED APPROACH FOR NEXT MEETING: **b(1), b(5)**
6. SUMMARY OF INFORMATION **b(2)**
**b(2)** **b(1)**

088:

**b(2)**

088:

**b(2)** **b(1), b(2), b(3)**
**b(1), b(2), b(3)**

**b(2)** **b(1), b(6)**

088:

**b(2)**

088: **b(1), b(6)**
**b(1), b(6)**

**b(2)** **b(1)**

088:

**b(2)**

088:

**b(2)** **b(1)**

088: **b(1), b(6)**
**b(1), b(6)**

**b(2)** **b(1)**

088:





7. b(2) COLLECTORS COMMENTS: b(1) b(2), b(3)
8. b(2) POC FOR THIS MEMORANDUM IS b(2), b(3) JTF
GTMO.

███████████

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ADHAM MOHAMMED ALI
AWAD,

    Petitioner,

    v.

GEORGE WALKER BUSH,
*et al.*,

    Respondents.

Civil Action No.  05-CV-2379 (JR)

████████████████



MEMORANDUM FOR RECORD

SUBJECT: b(2) ■■■■■■ ISN b(2) 00088 b(2)/ADHAM MUHAMMUD ((ALI AWUTH)) b(1)

b(1) ■■■■■■  b(1), b(5)

1. b(2) SUMMARY INTERROGATION REPORT. b(1) ■■■■■■
b(1)

2. b(2) NEW INFORMATION OBTAINED. b(1) ■■■■■■
b(1)

b(1)                                        b(1), b(5)
b(1), b(5)

3. b(2) PREVIOUS INFORMATION CONFIRMED. b(1) ■■■

4. b(2) ADDITIONAL AREAS OF KNOWLEDGEABILITY. b(1)

5. b(2) COLLECTOR COMMENTS. b(1), b(2), b(5)
b(1), b(2), b(5)

b(1), b(2), b(5)              b(3)              b(1), b(2), b(5)
b(1), b(2), b(5)

6. b(2) POC THIS MEMORANDUM IS b(2)
b(2)

b(2), b(3)

b(2)



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ADHAM MOHAMMED ALI
AWAD,

    Petitioner,

    v.

GEORGE WALKER BUSH,
*et al.*,

    Respondents.

Civil Action No.  05-CV-2379 (JR)



**b(2)**

**MEMORANDUM FOR RECORD**



SUBJECT: **b(2)** ISN **b(2)** **b(1), b(6)**

**b(1), b(6)**
**b(1), b(6)**                                    **b(1), b(5)**
**b(1), b(5)**

1. **b(2) b(1), b(5)**                                    **b(2)**
**b(1), b(6) b(2)**                                       **b(3)**
**b(3)     b(2)**
**b(1), b(2), b(5)**



2. **b(2)** **NEW INFORMATION OBTAINED:**

   A. **b(2) b(1), b(6)**



   B. **b(2)** **b(1), b(2), b(6)**

**b(1), b(6)**

   C. **b(2)** **b(1), b(6)**

**b(1), b(6)**



**b(2)**



b(2)

3. b(2) b(1), b(5)

b(1), b(5)

4. b(2) b(1)

b(1)

5. b(2) COLLECTOR COMMENTS b(1), b(5)

b(1), b(5)



6. b(2) POC THIS MEMORANDUM IS b(2)

b(2), b(3)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ADHAM MOHAMMED ALI
AWAD,

    Petitioner,

    v.

GEORGE WALKER BUSH,
*et al.*,

    Respondents.

Civil Action No.  05-CV-2379 (JR)

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

b(2)

MEMORANDUM FOR RECORD

b(2)  b(2)                    b(2)              b(1), b(6)
SUBJECT:                    /ISN
b(1), b(6)



b(1), b(6)                              b(1), b(5)
b(1), b(5)

b(2)                      b(1), b(6) b(2)
SUMMARY:                              b(2)
b(2)                                b(3) b(2)
b(1), b(2), b(5)

A.  b(2)  APPROACH USED: b(1)

B.  b(2)  EFFECTIVENESS OF APPROACH/LEVEL OF COOPERATION: b(1)
b(1)

C.  b(2)  RECOMMENDED APPROACH FOR NEXT MEETING: b(1)
b(1)

D.  b(2)  SPECIAL ACTION REQUIRED: b(1), b(2)
b(1), b(2)

E.  b(2)  INTELLIGENCE CONTINGENCY FUNDS: b(1)

F.  b(2)  LONG TERM COLLECTION PLAN: b(1)
b(2)
b(2)
b(2)
b(1), b(5)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

b(1)

b(2)



2. b(2) SUMMARY OF NEW INFORMATION OBTAINED:

A. b(2) b(1), b(2), b(5)
b(1), b(2), b(5)

B. b(2) b(1), b(5)
b(1), b(5)



C. b(2) b(1), b(2), b(5), b(6)
b(1), b(2), b(5), b(6)



b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



b(2)

b(1), b(2), b(5), b(6)

D. b(2) b(1), b(2)
b(1), b(2)

b(1), b(2)

E. b(2) b(1), b(2), b(5)
b(1), b(2), b(5)

F. b(2) b(1), b(2), b(5)
b(1), b(2), b(5)

b(1), b(2), b(5)                                    b(1), b(2), b(3)
b(1), b(2), b(3)

3.    b(2) ADDITIONAL COLLECTOR COMMENTS:



A. b(2) b(1), b(5)
b(1), b(5)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE



4.   **b(2)** POC THIS MEMORANDUM IS **b(2)**

**b(2), b(3)**

**b(2)**

UNCLASSIFIED//FOR PUBLIC RELEASE

DECLASSIFIED FOR PUBLIC RELEASE
By JS  on 19 November 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ADHAM MOHAMMED ALI
AWAD,

     Petitioner,

     v.

GEORGE WALKER BUSH,
*et al.*,

     Respondents.

Civil Action No.  05-CV-2379 (JR)

DECLASSIFIED FOR PUBLIC RELEASE
By JS  on 19 November 2008



380-14



Page 1 of 5

Exhibit R-3

DECLASSIFIED FOR PUBLIC RELEASE
By JS  on 19 November 2008



380-14



SUBJ

DECLASSIFIED FOR PUBLIC RELEASE
By JS  on 19 November 2008

PAGE 4 ███████████████

COUNTRY: ███ AFGHANISTAN (AF).

████████████████████████████████

SUBJ: ██████████████████ ARMED ARAB PATIENTS HELD-UP IN A

KANDAHAR HOSPITAL -- CORRECTED REPORT ███

WARNING: ████ THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED

INTELLIGENCE. ██████████████████

------------------------------------------

DEPARTMENT OF DEFENSE

------------------------------------------

DOI: ████ 20011225.

███████████████████████████████████████

SOURCE: █████████████ A 30-YEAR OLD SAUDI ARABIAN WHO HAS RESIDED IN

AFGHANISTAN FOR ONE MONTH AND HAD DIRECT ACCESS TO

380-14

PAGE 5 ██████████████

THE REPORTED INFORMATION.  RELIABILITY HAS NOT YET BEEN DETERMINED.

SUMMARY: ████ SUSPECTED AL-QAIDA PERSONNEL WERE INVOLVED IN AN

AUTOMOBILE ACCIDENT WHILE ATTEMPTING TO ALLUDE U.S. AND A COALITION

AMERICAN BOMBING.  SURVIVING MEMBERS EVACUATED TO A KANDAHAR HOSPITAL.

PERSONNEL ARE REPORTEDLY ARMED AND USING THE HOSPITAL AS A SAFE HAVEN.

*Bullet*
*3.b.2*

TEXT: 1 ████ BACKGROUND.  TEN INDIVIDUALS, TRAVELING TOGETHER IN TWO

AUTOMOBILES FROM KANDAHAR, AF, WERE INVOLVED IN A COLLISION WHILE TRYING

TO AVOID COALITION AND U.S. AIRSTRIKES.  ONE OF THE INDIVIDUALS DIED AS A



RESULT OF THE ACCIDENT. THE SURVIVING MEMBERS WERE EVACUATED TO AN U/I
HOSPITAL IN KANDAHAR ████████████████████

2██ THE EIGHT ARABS, SUSPECTED AL-QAIDA PERSONNEL, ARE REPORTEDLY
ARMED AND USING THE HOSPITAL AS A SAFE HAVEN. SUSPECTS ARE IN A SINGLE
ROOM, NFI, LOCATED ON THE SECOND FLOOR OF THE HOSPITAL. THE HOSPITAL,
WHICH APPEARED TO BE A CONVERTED PRISON, HAS TWO LEVELS WITH A FLIGHT OF
STAIRS LEADING TO THE SECOND LEVEL FROM THE GROUND FLOOR. AT THE TOP OF
THE STAIRS IS A LOCKED, SOLID

*Bullet
3.b.3*

PAGE 6 RUMIRGR0125████████

STEEL DOOR ON THE LEFT. THE DOOR IS HINGED ON THE LEFT AND OPENS INWARD
TO THE LEFT. A GUARD WAS POSITIONED JUST OUTSIDE OF THE DOOR. A TOTAL OF
THREE GUARDS, ONE OF WHICH IS NAMED ████████████, GUARDED THE
ENTRANCE ON A ROTATING SHIFT, NFI. ENTERING THROUGH THE DOOR, THERE IS A
BATHROOM LOCATED DIRECTLY AHEAD, WITH CELLS LOCATED TO THE LEFT OF THE
BATHROOM. TO THE RIGHT, THERE ARE TWO EMPTY ROOMS, NFI. EACH CELL HAD A
STRONG DOOR MADE OF AN U/I MATERIAL OTHER THAN STEEL. NFI ON THE LAYOUT
OF THE FORMER PRISON.

III/1,2
380-14

3.██ NAMES OF SURVIVING INDIVIDUALS--
████████████ A 30-YEAR OLD YEMENI MALE; SUFFERED A BROKEN RIGHT ARM.
████████████ A 28-YEAR OLD YEMENI; SUFFERED A BROKEN HIP.
█████████. A 23-YEAR OLD ALGERIAN MALE; REPORTEDLY NOT
SERIOUSLY INJURED.
████████████A 20-YEAR OLD ALAGERIAN MALE; REPORTEDLY NOT
SERIOUSLY INJURED.
████████████ A 24-YEAR OLD ALGERIAN MALE; REPORTEDLY NOT
SERIOUSLY INJURED.
████████████ A 28-YEAR OLD YEMENI MALE; HAD HIS RIGHT LEG

*Bullet
3.b.2*

PAGE 7 ████████████
AMPUTATED.
████████████ A 24-YEAR OLD ALGERIAN MALE; UNABLE TO WALK,





NFI.

█████████ A 20-YEAR OLD ALGERIAN MALE; UNABLE TO WALK, NFI.

(FIELD COMMENT-- SOURCE ESTIMATED THE AGES, NFI.)

4 ██ WEAPONS. ████████ WHO MAY BE THE GROUP'S LEADER, TOLD OTHER ARABS IN THE HOSPITAL THAT HIS GROUP HAD AN UNK NUMBER OF KALASHNIKOV RIFLES, TWO U/I PISTOLS, UNK AMOUNT AND TYPE OF AMMUNITION AND EIGHT OR NINE U/I HAND GRENADES, NFI. (FIELD COMMENT-- SOURCE NEVER ACTUALLY SAW THE WEAPONS, BUT WAS TOLD ABOUT THEM.)

COMMENTS: (FIELD COMMENTS)-- 1. ████ SOURCE MADE A DISTINCT INDICATION THAT THE VEHICLES INVOLVED IN THE ACCIDENT WERE TRAVELING FROM A LOCATION FAR AWAY FROM THE KANDAHAR AIRPORT. IT IS POSSIBLE SOURCE WAS PURPOSLY ATTEMPTING TO DECIEVE INTERROGATORS AND MAY HAVE ACTUALLY ORIGINATED NEAR THE AIRPORT. ALTHOUGH SOURCE CLAIMED TO HAVE BEEN INJURED AS A RESULT OF ATTEMPTING TO AVOID U.S. BOMBS, THE CIRCUMSTANCES AS DESCRIBED SEEM UNLIKELY. SOURCE IS AVAILABLE FOR RECONTACT.

III/1,2
380-14

PAGE 8 ██████





███████████

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADHAM MOHAMMED ALI AWAD,<br><br>    Petitioner,<br><br>    v.<br><br>GEORGE WALKER BUSH,<br>*et al.*,<br><br>    Respondents. | Civil Action No.  05-CV-2379 (JR) |

███████████

███████████

ISN 88

PREC: R  DTG: 272131ZAUG02
FROM: HMSNG WASHINGTON DC//OBNCR ANDREWS AFB MD//

SERIAL: ███████████

COUNTRY:        AFGHANISTAN (AF); SAUDI ARABIA (SA); UNITED STATES
(US).

PAGE 4 RHEFSNG1332 ██████████

SUBJ: ███████████████              - LIST OF AL QAEDA TRAINEES
INCLUDES
WARNING: ███ THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED
INTELLIGENCE. ████████████████

DEPARTMENT OF DEFENSE
------------------------------------------------------------
------------------------------------------------------------

DOI: ███ 20020222.

SOURCE: ██ 77-39-05-34//

SUMMARY: ████ A LIST OF NAMES, POSSIBLY OF AL-QAEDA TRAINEES WAS
FOUND AMONG OTHER PAPERS AT AN AL-QAEDA FACILITY. TWO ADDRESSES ARE
ALSO NOTED; ONE ADDRESS IS LOCATED WITHIN THE UNITED STATES.
TEXT: 1 ████ BACKGROUND. THIS COLLECTION OF NOTES AND
MISCELLANEOUS PAPERS WAS RECOVERED BY ALLIED FORCES AT AN AL-QAEDA
FACILITY AT ████████████████████████████████ IN

PAGE 5 RHEFSNG1332 ████████████
FEBRUARY 2002.
2 ████ THE FOLLOWING NAMES AND ADDRESSES WERE FOUND IN PAPERS
INDICATING THAT THE INDIVIDUALS LISTED ARE PROBABLY STUDENTS OR
ADMINISTRATORS OF A WEAPONS TRAINING COURSE;

For Public Release



PAGE 6 RHEFSNG1332



PAGE 7 RHEFSNG1332



For Public Release          Declassified by MN 12/12/2008



PAGE 8 RHEFSNG1332



3. REQUEST THAT THE REPORTED INFORMATION BE EVALUATED FOR ITS

UTILITY, VALUE, AND SUPPORT TO ████████████ REQUIREMENTS AND
INFORMATION NEEDS.
COLL: ████ CA: MM.
INSTR ████ U.S. YES 16.
PREP: ████ ⌐-02442.
ACQ: ████ WASHINGTON, D.C., UNITED STATES (20020822).
DISSEM: ████ FIELD: NONE
WARNING: ████████████████████████
HMSNG://856652//
DRV FROM: DO HUMINT SCG, MAR 02
DECL: X1
BT
#0731
D91B

███████████

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADHAM MOHAMMED ALI AWAD, <br><br>     Petitioner, <br><br>     v. <br><br> GEORGE WALKER BUSH, *et al.,* <br><br>     Respondents. | Civil Action No. 05-CV-2379 (JR) |

███████████

For Public Release

| Document #: | | | Classification: | |
|---|---|---|---|---|
| **English Title:** HANDWRITTEN NOTES FROM A WEAPONS TRAINING COURSE, LIST OF AL QAEDA TRAINEES INCLUDES ONE NEW YORK CITY ADDRESS | | | | |
| **Language:** ARABIC | | | | |

| Document Date: | Total Pages: 100 | | | Inclusive Pages: | Oversized Pages: |
|---|---|---|---|---|---|
| **Document Type:** HANDWRITTEN NOTES/NOTEBOOK | | | | **Format:** PAPER ORIGINAL | |
| **Agency:** DIA | | | | **Project:** ENDURING FREEDOM | |
| **Country of Information:** AFGHANISTAN | | | | **Date Acquired:** | |
| **Title:** | | | | | |
| **Country Of Origin:** | | **Originators Classification:** | | | |

| Translation # | Classification | Status | Translating Agency |
|---|---|---|---|
| | UNCLASSIFIED | **PARTIAL COMPLETED** | DIA |

**Linked Document**

| Original Document | |
|---|---|
| Translation | (Multi-Part) |
| | • bagram/＿＿＿＿pdf – **View Highlighted** |
| | • ＿＿＿/＿＿＿pdf – **View Highlighted** |

**Exploitation Status:** NOT AVAILABLE
**Translation Status:** NOT AVAILABLE

| Document Number Type | Document Number |
|---|---|
| Intelligence Information Report; | 7739333802 |
| Report Number; | AK-202-001269 |

**Keywords**

BIOGRAPHIC; EQUIPMENT; WEAPONS; ROCKETS; INTELLIGENCE; ENLISTED; SMALL ARMS; WOT (WAR ON TERRORISM); NAMES

**Document Remarks**

Names and phone numbers with ▮▮▮▮▮▮▮▮

Notes from a weapons course. Instruction in small arms such as AK47, M16, S.V.D



sniper rifle, rocket launchers such as RPG2, RPG7, HAN, Z.K.I. Notes on aiming and distance calculations. Notes on types of ammunition and its specifications. Instruction from a sniper-training course. ----------------------------------------------- ---------------------------- Notes on religious matters such ablution. Notes from a mathematics class. [BATCH] TARNAK_FARMS [BOX] 143 [BATCH REMARK] Documents retrieved from the former residence and training camp of Usama bin Laden's al-Qaida network.



Document # [REDACTED]
Partial Translation
Date: May 21, 2002

*Page 2
(TC: Contains a list of names (nick-names) and they are divided into groups, also some numbers and a mathematic addition).

Calculation:
13
_8
21
_2
23
1
1

*****************
[REDACTED] 10-11
[REDACTED] 11-12
[REDACTED] 12-1
[REDACTED] (TC: The name of [REDACTED] is crossed out).
[REDACTED] 1-2
[REDACTED] 2-3

********



*********

[REDACTED]



UNCLASSIFIED//FOR PUBLIC RELEASE



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ADHAM MOHAMMED ALI AWAD,

      Petitioner,

      v.

GEORGE WALKER BUSH, *et al.*,

      Respondents.

Civil Action No.  05-CV-2379 (JR)

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



b(2)



b(1)

b(1)

b(1)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE

███████████

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ADHAM MOHAMMED ALI
AWAD,

      Petitioner,

      v.                                   Civil Action No.  05-CV-2379 (JR)

GEORGE WALKER BUSH,
*et al.*,

      Respondents.

████████████████████

████████████

DECLASSIFIED FOR PUBLIC RELEASE      BY JS 29 DECEMBER 2008



DECLASSIFIED FOR PUBLIC RELEASE      BY JS 29 DECEMBER 2008

DECLASSIFIED FOR PUBLIC RELEASE BY JS 29 DECEMBER 2008



DEC, 1{th

(b)(1), (b)(3), (b)(6)



- Has been in AF for 3/4 Months

- Says he came to AF with friend Suvaga.
- He claimed to be an escort with his friend
  Suvaga to AF. Suvaga paid all expenses.
  Suvaga died at the Khandahar Airport from
  bombing 2/3 weeks from this date.

  → This doesn't make
  sense, I think he is
  lying.

- Source is obviously lying but his mental/health is a problem.
  He probably has little info to offer. The combination of his
  health, Age (19), and knowledge makes him a low candidate for
  further interview

- 4 Brothers, 3 sisters ( ████ is youngest)

- Lived with family in Aden, Yemen

- Father is dead

- Claims no knowledge of Taliban or any military
  activity.

  That why
  he hate

- Claims not to have participated in any fighting.

DECLASSIFIED FOR PUBLIC RELEASE     BY JS 29 DECEMBER 2008



**MP NUMBER:** ▓▓▓▓    **EVACUATION DATE:**

**LNAME:**
**FNAME:** ▓▓▓▓
**MNAME:**

P E R S O N A L

**SEX:** Ⓜ F
**SVC/ID NO:**
**DOB:** ▓▓▓
**POB:** Aden, Yemen
**NATIONALITY:** Yemen
**LANGUAGES:** Arab C

**MARITAL STATUS:** Ⓢ M D W
**STATUS:** MIL / CIV / PARAMIL / INSURG / OTHER: None

A D M I N

**SCREENER:** ▓▓▓▓ (b)(1)(b)(3),(b)(6)    **SCREENING DTG:** 1140 - 1210
**APPROACHES:** Direct / I suggest a love DEL 29th
of family / home.

**BRANCH:** AR AF NV MC CG Not Formal Training
**RANK:**
**UNIT:**

**DTY PSN:**

M I L I T A R Y

**JOB:**

**SKILLS**

**EXPERIENCE:** learned how to use a Kalishnikov in Yemen

C A P T U R E

**DTG:** 3 weeks Ago (approx)    **CAP UNIT:** Afghanis
**PLACE:** Khandahar    **DOCUMENTS:** None

**CIRCUMSTANCES:** Was injured in plane    **WPNS/EQUIP:** None
attack. Believed to have
been captured by Afghanis in
Khandahar after he was hurt
near airport.

| MP NUMBER: | ███████ |
|---|---|

**CIVILIAN**

OCCUPATION: Student

ORGANIZATION: Ahmed Shawaf middle School

DUTIES:

SKILLS: learned basic math, reading, writing

**ASSESSMENT**

PHYSICAL CONDITION: Amputated below right knee

EDUCATION: 4th grade level, completed in Yemen

INTELLIGENCE: AVG+ (AVG) AVG-
MENTAL STATE:

COOPERATION:  1  (2)  3          KNOWLEDGE:  A (B) C D E F
PERSONALITIES LIST:  Y  N

**REMARKS**

Source is receptive. However, his health will be an
obstacle in further interviews. He is on Morphine and
at times incoherent. In addition, his age (19) and
knowledge make him low on JISr for more interviewing.
See notes for brief hix.

**PIR / IR**

███████████████

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ADHAM MOHAMMED ALI
AWAD,

      Petitioner,

      v.

GEORGE WALKER BUSH,
*et al.*,

      Respondents.

Civil Action No.  05-CV-2379 (JR)

███████████████████

UNCLASSIFIED//FOR PUBLIC RELEASE



b(2)

b(2), b(3)

b(2)

b(2)

SUBJ/KNICKER ---KNOWLEDGEABILITY BRIEF b(2)          b(2) /

b(2)

b(2)

SERIAL: b(2) b(2)

SUMMARY: b(2) b(2)          b(1)

b(1)

b(1), b(5)

1.A. NAME: b(2)

1B. SRCNO: b(2)

1C. SRCNOL: ISN b(2) -00088 b(2)

1D. SRCNO2: b(2)

1F. CITIZEN: b(1)

1G. BIRTCITY: b(1)

1H. BIRTCTRY: b(1)

1I. BIRTDT: b(1)

1J. PCO: b(2)

1K. LEFTDT: b(2)

1L. INITCTDT: b(2)

b(2)          b(2)

1M. LASTCTDT: b(2)

1N. LASTCTRY: b(1)

1Q. LANGCOMP: b(2)

2. b(2) EDUCATION: b(1)

b(1)

3. b(2) EMPLOYMENT b(1)

4.     MIL SERVICE:

5.     SPECIFIC --- b(2)

5A. b(1), b(2), b(5)

b(1), b(2), b(5)

b(1), b(2), b(5)

5B. b(1), b(2), b(5)

b(1), b(2), b(5)

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



b(1), b(2), b(5)

6. b(2) COLLECTOR'S COMMENTS:

6A. b(2) b(1), b(5)

b(1), b(5)

b(2)

6B. b(2) b(1)

b(1)

6C. b(2) b(1)

b(1)

7. b(2)

b(2)

A. b(2), b(3)

b(2), b(3)

B. b(2)

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ADHAM MOHAMMED ALI
AWAD,

     Petitioner,

     v.

GEORGE WALKER BUSH,
*et al.*,

     Respondents.

Civil Action No.  05-CV-2379 (JR)

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



b(2)

b(2)

b(2), b(3)
b(2)

SUBJ/KNICKER KNOWLEDGEABILTY BRIEF b(2)

b(2)

SERIAL: b(2)
SUMMARY: b(2)   b(1), b(6)
b(1), b(6)                                     b(1), b(5)
b(1), b(5)
TEXT: b(2)
1. b PERSONAL DATA:
1.A. NAME: b(2)
1B. SRCNO: b(2)
1C. SRCNO1: b(2)
1D. SRCNO2: b(2)
1E. SRCNO3 b(2)
1F. CITIZEN: b(1)
1G. BIRTCITY: b(2)
1H. BIRTCTRY: b(2)
1I. BIRTDT:
1J. PCO: b(2)
1K. LEFTDT: b(2)
1L. INITCTDT: b(2)

b(2)

1M. LASTCTDT: b(2)
1N. LASTCTRY: b(1)
1Q. LANGCOMP: b(2)
2. b(2) EDUCATION:
2A. b(1), b(6)
b(1), b(6)
3. b(2) EMPLOYMENT:
3A. b(1), b(6)
4. b(2) MIL SERVICE: b(1)
5. b(2) SPECIFIC KNOWLEDGEABILITY:
5A. b(2)   b(1), b(2), b(5)
b(1), b(2), b(5)
6. b(2) COLLECTOR'S COMMENTS:
6A. b(1)
b(1)

6B. b(1), b(5)
b(1), b(5)
6C. b(1)

Page ___/___ of ___2___

b(2)

EXHIBIT R 7

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)



b(2)
b(1)

7. b(2) b(2)
b(2)
A. b(2), b(3)
b(2), b(3)

B. b(2)
b(2)

b(2)

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

███████

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ADHAM MOHAMMED ALI AWAD,<br><br>    Petitioner,<br><br>    v.<br><br>GEORGE WALKER BUSH, *et al.*,<br><br>    Respondents. | Civil Action No.  05-CV-2379 (JR) |

Karl Vick, *For al Qaeda Patients, Cautious Care*, WASH. POST, Dec. 20, 2001, at A27.

███████

9 of 10 DOCUMENTS

Copyright 2001 The Washington Post

# The Washington Post

# washingtonpost.com

The Washington Post

December 20, 2001 Thursday
Final Edition

**SECTION:** A SECTION; Pg. A27

**LENGTH:** 1184 words

**HEADLINE:** For Al Qaeda Patients, Cautious Care;
With Grenades Strapped to Their Sides, Injured Fighters Focus Wrath on U.S.

**BYLINE:** Karl Vick, Washington Post Foreign Service

**DATELINE:** KANDAHAR, Afghanistan Dec. 19

**BODY:**

For two weeks now, nine Arab men have accepted the ministrations of doctors at Mir Weis Hospital here, sipping soup and swallowing painkillers, while keeping live grenades strapped to their injured bodies.

Wounded by U.S. bombs in the assault on Kandahar, once the stronghold of the Taliban, the al Qaeda patients are paradoxical holy warriors, wanting enough to live to have shown up at an emergency room, but willing enough to die that they threaten repeatedly to pull the pins on the grenades that remain snugly lashed to their flesh.

They wear the explosives even during X-rays, on which the pineapple shapes show up vividly, according to the Afghan physicians who attend to the Arabs diligently, if gingerly.

"They have no problem with Muslims," said Abdul Jabar, a physician whose angry patients have preoccupied a city that is itself surrounded by unexploded munitions and dangerous extremists. More than 100 al Qaeda militants remain on the loose in the vicinity, according to officials of the U.S.-backed militias that 11 days ago took Kandahar, a tumbledown city on a plain littered with land mines and old ordnance.

"When one [patient] is going to the operating room, he passes the explosive material to the next person," said Osman, the surgeon who amputated the leg of one of the Arabs, and who, like many Afghans, uses only one name. "We are going to treat them. They are not going to make a danger for us."

"They just want to survive," said Jabar. As for the grenades, Jabar smiled at an American interviewer. "They are for you," he said.

Indeed, the wrath of the bedridden Arabs appears to be concentrated on the United States. A doctor who today carried a note from a U.S. journalist into their ward emerged a half-hour later with handful of torn scraps and a nervous smile.

"These are very dangerous men," said Faizai Rabi, who then reported the highlights of the patients' oral response, which came from all nine, often speaking all at once.

"We have just one way, and that is jihad against America," Rabi quoted the wounded Arabs as saying. "You should tell them we will punish American soldiers and finish them all around the world."

For Al Qaeda Patients, Cautious Care; With Grenades Strapped to Their Sides, Injured Fighters Focus Wrath on U.S.
The Washington Post December 20, 2001 Thursday

The hospital stalemate reflects a challenge to the allied forces that control Kandahar. In the war on terrorism that brought U.S. warplanes and Marines to Afghanistan, the primary quarry are the outsiders who came to Afghanistan to pledge fealty to Osama bin Laden, al Qaeda's leader. Rabi said most of the patients are Yemeni.

On Tuesday, FBI agents arrived at the new Marine base at the airport just south of the city to interrogate al Qaeda prisoners in hopes of exposing future terrorist plots, or gathering evidence regarding past attacks.

For now, however, there seems to be a shortage of prisoners. Near Kandahar, few Arabs have stayed or survived long enough to be captured. Gul Agha Shirzai, the newly installed provincial governor, acknowledged this reality but denied it should be taken as support for the widespread allegation that his forces prefer to execute the foreigners.

"Arabs never surrender," Gul Agha said. "They are very suicidal. You get close to them, they blow themselves up."

In the brief battle for Kandahar, Gul Agha added, more than 200 al Qaeda or Taliban fighters perished, mostly around the airport, where the only real fighting took place. The claim failed to find support with the number of bodies -- just 24 -- that the Red Cross reported recovering from that battlefield.

Gul Agha's aides were also unable to account for the balance of the 2,500 to 3,000 Arabs who they said were around Kandahar before the start of the war. Spokesman Khalid Pashtoon said many fled to neighboring countries even before the U.S. bombing campaign. Of the 150 to 200 Arabs thought to remain in the area, some may have used ready cash to purchase protection from local residents, he said, adding that one al Qaeda Arab emerged last week from a culvert near the airport entrance and was taken into custody.

What no one disputes is the al Qaeda talent for booby traps. Meeting reporters this afternoon in the governor's headquarters, Pashtoon pointed to the high arched ceiling. Four days earlier, he said, 600 pounds of explosives were discovered under the roof. The assemblage of mortars, grenades and other munitions was attached to wires leading to the street, Pashtoon said.

The willingness to fight when cornered contributed to an uprising last month in a prison fortress in the northern city of Mazar-e Sharif, during which hundreds of prisoners and the CIA officer Johnny "Mike" Spann were killed. That fiasco loomed over the hasty construction of a temporary detention center at the Marine base here this week. Officers said a rigorous system of search and seclusion should avert any possibility of a repeat.

"We are going to ensure that there is not a Mazar-e Sharif problem here," said Maj. Ian D. Brasure, staff judge advocate, or legal adviser, for the 26th Marine Expeditionary Unit. "Guaranteed: After they are searched, they are not going to have a weapon on them."

But who is going to disarm the wanted men at Mir Weis Hospital? The Arabs refuse to deal with anyone but a Muslim, and prefer Rabi, because he speaks Arabic. When another Afghan entered their ward last week inquiring after their health in English, one Arab was said to respond in English: "What's the matter with you, [expletive]? If you're a Muslim, why don't you speak Arabic?"

"As Salaam Aleikum," the man replied, the Arabic greeting meaning "Peace be upon you."

The Arab patients appear to have taken sides in Kandahar's post-Taliban politics. The guard stationed outside the door to their ward answers to Naqibullah Alokozai, a former Taliban supporter who is jostling, so far peaceably, with Gul Agha for control of Kandahar. The guards at the hospital gate, meanwhile, work for Gul Agha, a U.S. ally.

Late today, Gul Agha said the Arabs' future will be decided at a meeting of elders. "If we come to a consensus, then we will follow that consensus," the governor said.

Hospital administrators indicated relief at leaving the delicate question of discharge to the politicians. Their most immediate concern, namely the well-being of other patients, was alleviated when the Arabs agreed to be moved out of a public ward. Their beds are now behind green-painted windows in the hospital's detention ward, designated by a sign reading, in both Arabic and English, "Health is Wealth."

A Red Cross official found encouragement in the move.

"If they were 100 percent sure they wanted to be killed, obviously they would not have left the place where they could do the most damage," said Richard Nobs, head of the Kandahar office of the International Committee of the Red Cross, which helps fund the hospital. Nobs also tried in vain to visit the Arabs, who refused his offer to forward letters home. The patients sent word they had nothing to say to their families.

For Al Qaeda Patients, Cautious Care; With Grenades Strapped to Their Sides, Injured Fighters Focus Wrath on U.S.
The Washington Post December 20, 2001 Thursday

"It's like this in life," Nobs said. "You may sometime see everything absolutely black. But there may be a little star somewhere. And we try to promote such a star."

**LOAD-DATE:** December 21, 2001

████████

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADHAM MOHAMMED ALI AWAD,<br><br>     Petitioner,<br><br>     v.<br><br>GEORGE WALKER BUSH,<br>*et al.*,<br><br>     Respondents. | Civil Action No.  05-CV-2379 (JR) |

Thomas E. Ricks & Karl Vicks, *U.S. Reports Calm in Afghanistan on Christmas Eve;*
*At Kandahar Hospital, Arrest Brings Gunfire*, WASH. POST, Dec. 25, 2001, at A21.

████████

Page 1
U.S. Reports Calm in Afghanistan on Christmas Eve; At Kandahar Hospital, Arrest Brings Gunfire The Washington
Post December 25, 2001 Tuesday

2 of 4 DOCUMENTS

Copyright 2001 The Washington Post

# The Washington Post

# washingtonpost.com

The Washington Post

December 25, 2001 Tuesday
Final Edition

**SECTION:** A SECTION; Pg. A21

**LENGTH:** 936 words

**HEADLINE:** U.S. Reports Calm in Afghanistan on Christmas Eve;
At Kandahar Hospital, Arrest Brings Gunfire.

**BYLINE:** Thomas E. Ricks and Karl Vick, Washington Post Staff Writers

**BODY:**

Less than three months after the United States began bombing Afghanistan, the country was surprisingly quiet yesterday. Spokesmen for the Pentagon, the CIA and the U.S. Central Command, which is in charge of the Afghan campaign, reported no bombing, no troop movements and no other significant action.

When the war began, few predicted Afghanistan would be quiet by Christmas and that a pro-U.S. government would be installed in Kabul before the end of the year.

"I was very surprised by the speed and relative ease with which the U.S. war has progressed so far," said David N. Gibbs, a University of Arizona political scientist who studied the 1979 Soviet invasion of Afghanistan. "Nothing in Afghan history suggests that this would have been an easy war -- either the Soviet experience, or the British experience in the 19th century."

The question now is whether peace will endure or whether the civil wars that have devastated one of the world's poorest nations will break out again.

"There are temporary changes at the helm of Afghanistan," said As'ad Abu Khalil, a political scientist at California State University at Stanislaus who has written a forthcoming book on the war. He called the interim government, agreed on by Afghan factions in Germany last month, "a precarious arrangement . . . that won't last."

Though the Islamic extremists of the ousted Taliban movement have gone to ground, "they will unquestionably re-emerge under a new guise, a new name and perhaps a new mullah," he said.

The main war-related news yesterday was a shootout in a Kandahar hospital between wounded al Qaeda members and local anti-Taliban forces.

One of nine wounded al Qaeda fighters who have held themselves hostage at the hospital since early December was taken into custody by U.S. forces after a chaotic confrontation that witnesses described as a botched snatch operation.

The commander of the anti-Taliban forces, Abdulla Lalai, said no U.S. Special Forces were present. But witnesses disputed that account and a Pentagon official said Special Forces observed the fight but did not take part in it.

The arrested Arab patient, whose broken leg was in traction, was disarmed before he was able to detonate a grenade strapped to his body, hospital employees said. Eight of his compatriots remained in the Mir Weis Hospital with

U.S. Reports Calm in Afghanistan on Christmas Eve; At Kandahar Hospital, Arrest Brings Gunfire The Washington
Post December 25, 2001 Tuesday                                                                    Page 2

explosives, they said. The fighters, described by doctors as Yemenis, sought treatment for wounds sustained in a U.S airstrike and have repeatedly threatened to blow themselves up if they are approached by non-Muslims.

Gunfire erupted across the hospital compound during the late-night incident, shattering the facade of a wing containing the Arabs but causing no injuries. An Afghan commander described the firing, which witnesses said lasted at least 10 minutes, as celebratory shots by troops delighted at foiling an escape attempt.

"He wanted to explode the grenade," Lalai, the Afghan commander, said of the Arab. "We took it away from him."

Doctors and others told a different story.

Daud Farhad, a surgeon at the hospital, which is funded in part by the International Committee of the Red Cross, said he saw more than 20 U.S. soldiers in Afghan dress and many Afghan militiamen. The Americans wheeled their captive away on a trolley and put him in a car, the doctor said.

He gave the name of the seized patient as Mohamed Omar, no relation to Taliban leader Mohammad Omar, who has been missing since Kandahar fell to U.S.-backed militias earlier this month.

Mohamed Zarif, a lab technician awakened by what he called "serious shooting," said "the Arabs were shouting to Allah" during the firing.

"They shot at the second floor," said physician Mohammed Khoram, referring to the militia forces of Gul Agha Shirzai, the new governor of Kandahar province. "They wanted to kill" the al Qaeda patients.

Marine spokesmen said the captive was delivered to the U.S. military base at Kandahar's airport, where he was held for questioning by FBI and intelligence officials.

Witnesses said the patient appeared to have been lured from the second-story ward on a ruse. Some said the Arab had been told he was going to surgery but sounded an alarm to his compatriots after spotting Americans in the hallway.

Others at the hospital suggested the patient had been led to believe he could steal away in the night, as other wounded Arabs reportedly have done after recovering sufficiently to travel. Of the eight who remain, doctors said five have fractured or amputated limbs while three are only slightly injured.

Meanwhile, the Pakistan-based Afghan Islamic Press reported U.S. forces had captured Abdul Haq Wasiq, deputy chief of the Taliban's intelligence department. It said he was captured after U.S. helicopters flew into the area around Ghazni, a town southwest of Kabul.

There was no independent confirmation of the report. Lt. Cmdr. Matthew Klee, a Central Command spokesman, said he had no information on whether it was accurate.

There were also conflicting reports from Afghanistan about who was in a convoy hit Friday by Navy fighters and an AC-130 gunship. On Sunday, a survivor told reporters the convoy contained tribal leaders on their way to the installation of the new government in Kabul. But a local leader said yesterday that the convoy contained Taliban and al Qaeda members, and said hundreds of al Qaeda followers remain in the Paktia area, southwest of the Tora Bora cave complex.

Klee, the Central Command spokesman, said the U.S. "firmly" believes the convoy "was indeed a legitimate target."

Vick reported from Kandahar, Ricks from the Pentagon.

LOAD-DATE: December 25, 2001

███████████

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADHAM MOHAMMED ALI AWAD,<br><br>     Petitioner,<br><br>     v.<br><br>GEORGE WALKER BUSH, *et al.*,<br><br>     Respondents. | Civil Action No.  05-CV-2379 (JR) |

Drew Brown, *Armed Patients, Not the Sick, Biggest Concern at Hospital*, MIAMI HERALD, Dec. 26, 2001, at 21A.

███████████

11 of 37 DOCUMENTS

Copyright 2001 The Miami Herald
All Rights Reserved

# The Miami Herald

Found on Miami ● com
The Miami Herald

December 26, 2001 Wednesday STATE EDITION

SECTION: FRONT; Pg. 21A

LENGTH: 917 words

HEADLINE: ARMED PATIENTS, NOT THE SICK, BIGGEST CONCERN AT HOSPITAL

BYLINE: DREW BROWN, Knight Ridder News Service

DATELINE: KANDAHAR, Afghanistan

BODY:

At Kandahar's main hospital, shortages of doctors, nurses, equipment and medicine have left many patients suspended between life and death, but those aren't the most urgent problems.

Nine wounded al Qaeda fighters have been holed up on the top floor of the women's ward with hand grenades and pistols for the past three weeks. The so-called Arabs refused to surrender and threatened to blow themselves up and kill any nonmedical personnel who entered their room.

A gunfight erupted late Sunday after fighters loyal to Kandahar Gov. Gul Agha Shirzai, backed by about 40 U.S. soldiers, tricked one of the al Qaeda fighters into leaving the ward, witnesses said. No one was killed or injured in the shootout, which continued sporadically for about two hours, witnesses said.

"Now we have cut off their food, and we're going to force them to agree to surrender," Hafizullah, a hospital security guard commander, said Tuesday. "They've now been without food for three days. How long they last depends on their strength. But they are so dangerous. Maybe they will come outside and blow themselves up rather than starve."

In better times, Mirwais Hospital was a 250-bed facility with wards for surgery, infectious diseases and internal medicine, and women's health. Since the anti-Taliban war began, only the surgical ward has continued to function, supported with medicines and supplies from the Red Cross. Now it serves as an all-purpose triage center for anyone seeking medical care.

START FROM SCRATCH

"We are completely collapsed," said Dr. Jabar, a pediatrician and spokesman for the hospital's director of public health. "When the Taliban left, they looted the medicines, equipment, bandages and other supplies. Many of the doctors left. We have to start from the beginning."

A man held the patient upright in a bed on the second floor of Mirwais Hospital's surgical ward. The patient's head drooped to his chest. He wheezed with each breath. Severe burns covered his torso.

"This man was burned when an electrical shortage ignited some kerosene in his home," said head nurse Ghulam Mohammed, 40. "His kidneys have failed. He needs a dialysis machine. We have a technician, but no doctor. He will not live."

The Arabs were among 19 wounded foreign fighters who were brought to the hospital a few days before Kandahar fell to anti-Taliban forces Dec. 7. They are believed to be loyal to Osama bin Laden.

"They are a danger to everyone here," Mohammed said. "Someone should get them out of here."

ARMED PATIENTS, NOT THE SICK, BIGGEST CONCERN AT HOSPITAL   The Miami Herald December 26, 2001 Wednesday STATE EDITION

Other patients and relatives admit they are afraid they might be hurt if the situation worsens.

"Please go away. Don't come in here," a woman pleaded as journalists talked with staff on the steps outside the building. "They will kill us all."

ROUND THE CLOCK

During the U.S. airstrikes, the hospital treated about 300 people a day, many of them victims of errant American bombs or other war wounds. Some 10 percent to 15 percent of them died, according to Mohammed.

"We were working around the clock," he said. "Day and night without sleep."

Now the 185-bed ward is down to about 75 patients, most of them victims of land mines, cluster bombs and simple gunshots. Car accident and burn victims compete with the most serious war wounds.

The hospital is one of the best in Afghanistan, according to Roland Nobs, chief of the International Committee of the Red Cross delegation in Kandahar, which serves seven Afghan provinces.

At the end of the hall on the first floor of the surgical ward, two motorcycles are parked next to a pile of dirty, discarded bandages. A fine layer of dust covers much of the corridor.

In one bed is an 8-year-old who lost most of his left arm and right leg while playing with a small U.S. cluster bomb. His sister was killed.

An intravenous solution drips slowly into the child's arm, but prescriptions for anything much beyond penicillin are beyond his father's means.

"He is a poor man," Mohammed said. "He does not have the money to buy these drugs in the bazaar. The doctors don't even prescribe them because they know he can't afford them."

Patients who need medications beyond those the Red Cross supplies must pay for them, Mohammed said.

He said the child will survive, but the boy's father is not convinced. "I am afraid he will die because of his condition," he said.

Infection is the biggest killer at Mirwais, and many patients need powerful antibiotics such as ciprofloxacin. "We have routine antibiotics, but they are not enough," Mohammed said. "The other drugs are too expensive."

Vitamins and vaccines are also in short supply, as is equipment such as oxygen ventilators and facilities for blood analysis. Each patient receives a meal of peas and rice every day, and most also receive food from their families.

Mirwais gets a standard package of Red Cross supplies every month that is sufficient for its needs, Nobs said. "People would like all sorts of things," he said. "But these supplies are adequate to do the job. We have been supplying this hospital for five years without any problems. Why now should it suddenly be different?"

Mohammed and other hospital staff members said they hoped that now that the Taliban are gone, other international aid organizations and private charity groups would help provide them with supplies and equipment.

"We hope for a better situation," Mohammed said. "But we must still do our best for our patients with what we have for now. What else can we do? It is our job."

LOAD-DATE: January 7, 2002

███████

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ADHAM MOHAMMED ALI
AWAD,

     Petitioner,

     v.

GEORGE WALKER BUSH,
*et al.*,

     Respondents.

Civil Action No.  05-CV-2379 (JR)

Drew Brown, *Al-Qaeda Group Holed Up in Hospital*, PHIL. INQ.., Dec. 30, 2001 at A10.

Al-Qaeda group holed up in hospital;The seven wounded fighters threatened to commit suicide.One seriously injured man was released.   The Philadelphia Inquirer December 30, 2001 Sunday CITY-D EDITION

6 of 8 DOCUMENTS

Copyright 2001 Philadelphia Newspapers, LLC
All Rights Reserved

# The Philadelphia Inquirer

Found on Philly • com
The Philadelphia Inquirer

December 30, 2001 Sunday CITY-D EDITION

SECTION: NATIONAL; Pg. A10

LENGTH: 599 words

HEADLINE: Al-Qaeda group holed up in hospital;
The seven wounded fighters threatened to commit suicide.
One seriously injured man was released.

BYLINE: Drew Brown KNIGHT RIDDER NEWS SERVICE

DATELINE: KANDAHAR, Afghanistan

BODY:

A group of wounded al-Qaeda fighters who are barricaded inside Mirwais Hospital and threatening to kill themselves rather than surrender turned over a sick comrade yesterday, saying they could not care for him.

Anti-Taliban fighters standing guard at the hospital took charge of the injured man and said they later turned him over to U.S. Marines at Kandahar International Airport, where more than 120 al-Qaeda and Taliban prisoners were in custody.

Seven al-Qaeda fighters remained in the hospital, most of them wounded during U.S. bombing raids. A hospital nurse who saw them said all were in weak condition after being cut off from most food and medical treatment last week. There were some reports that sympathizers were getting some food and medical care in to the seven.

The rest of the floor where the seven were being held appeared to be empty, but the floor below was occupied by patients in the women's ward of the hospital.

Hospital staff said the al-Qaeda fighters were armed with grenades and pistols. They have threatened to kill themselves and any nonmedical personnel who attempt to enter their room.

Fear of infection

The fighters surrendered their comrade because they believed his amputated leg had become infected, witnesses said. The young fighter, said to be in his early 20s, also had bandages covering both hands.

"He was suffering too much from his wounds," said Abdul Nabi, 30, an anti-Taliban fighter who was present during the exchange. "The other Arabs were saying, 'He is our friend, but we cannot take care of him, so we must turn him over to you, regardless of what you do with him.' " Many of the al-Qaeda fighters came from other countries, particularly the Middle East, and the anti-Taliban forces often refer to them generically as "Arabs."

Abdullah, 20, a nurse who works in the internal-disease ward next to the section where the al-Qaeda fighters are holed up, said the Arabs and hospital staff told the sick fighter he would be taken to surgery.

"He seemed so weak and thin and hungry," Abdullah said. "He didn't have any grenades and pistols with him. He was so weak; he was breathing heavily and gasping for air."

Surprised by deception

Al-Qaeda group holed up in hospital;The seven wounded fighters threatened to commit suicide.One seriously injured man was released.   The Philadelphia Inquirer December 30, 2001 Sunday CITY-D EDITION

Once outside, the anti-Taliban gunmen took the wounded man by stretcher to a nearby guardhouse instead.

"He was surprised when he found out he was being deceived," Abdullah said. "He lost his skin color, and he began shouting for God to save him. 'I think you have deceived me,' he kept saying. 'Is there no Islamic feeling among you?' "

A group of fighters loyal to Khan Mohammed, whose forces control about one-third of Kandahar, whisked the wounded al-Qaeda prisoner away in a vehicle shortly after 1 a.m.

Anti-Taliban fighters waged a brief gun battle with the Arabs last Sunday after they tricked one fighter into leaving the hospital and then turned him over to American soldiers. No American soldiers were involved in Friday's incident, witnesses said.

American troops have detained 136 people in Afghanistan, including 125 in Kandahar, eight on the USS Peleliu in the Arabian Sea, two in Bagram, and one at Mazar-e Sharif, said Navy Cmdr. Dan Keesee at U.S. Central Command in Tampa, Fla.

U.S. officials plan to transfer the Kandahar detainees to the U.S. naval base at Guantanamo Bay, Cuba. Defense Secretary Donald H. Rumsfeld said Thursday that the base would not be prepared to receive the detainees for several weeks, and that no plans had been made to conduct military tribunals there.

Scott Marshall of the Inquirer Washington Bureau contributed to this article.

NOTES: At War With Terror

LOAD-DATE: January 2, 2002

████

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ADHAM MOHAMMED ALI
AWAD,

      Petitioner,

      v.

GEORGE WALKER BUSH,
*et al.*,

      Respondents.

Civil Action No.  05-CV-2379 (JR)

Karl Vick, *Hospital Detention of Arab Fighter Ends With Suicide*,
WASH. POST, Jan. 8, 2002, at A12.

████

Page 1
Hospital Detention Of Arab Fighter Ends With Suicide; U.S. Said to Be Starving Out Comrades The Washington Post
January 9, 2002 Wednesday

49 of 188 DOCUMENTS

Copyright 2002 The Washington Post

# The Washington Post

# washingtonpost.com

The Washington Post

January 9, 2002 Wednesday
Final Edition

**SECTION:** A SECTION; Pg. A12

**LENGTH:** 752 words

**HEADLINE:** Hospital Detention Of Arab Fighter Ends With Suicide;
U.S. Said to Be Starving Out Comrades

**BYLINE:** Karl Vick, Washington Post Foreign Service

**DATELINE:** KANDAHAR, Afghanistan Jan. 8

**BODY:**

The man lay about a foot from the shoes that the force of a detonating grenade had lifted him out of. The fingers on one hand were blackened by fire that had climbed up his abdomen after he had pulled the pin, and his features, waxy in death, appeared markedly thin.

The people looking down at the corpse debated whether this was a marker of heritage -- they believed the dead man to be from Yemen, where thin features are the rule -- or of a slow death from starvation he reportedly faced in the barricaded hospital room he had fled.

For two weeks before the al Qaeda fighter known as Mohammed Rasool tried to escape, the Afghan militiamen surrounding Mir Weis Hospital had barred any food from entering the room where he had holed up with six other wounded but armed Arab fighters in a standoff that shows little sign of ending.

The local Afghan commander at the scene and other knowledgeable officials said U.S. Special Forces had ordered the starving out of the Arab patients, who had rendered themselves unapproachable by strapping explosives to their bodies.

"This was the commander of the Americans' order, not to give them any food," said Hafiz Ulah, the anti-Taliban commander overseeing the standoff. "The only reason this man could be trying to escape was hunger."

At the U.S. military base outside Kandahar, a Marine spokesman said he had no information about whether Special Forces in the area had ordered such a tactic.

The siege has brought sharp criticism from the senior Red Cross official here, who meets regularly with the Special Forces commanders who by several accounts ordered the siege.

"Understanding that it's a difficult situation, for sure -- a military situation -- basic humanitarian principles should be observed," said Gian-Battista Bacchetta, head of the International Committee of the Red Cross delegation here. "You can't starve people out."

Physicians and administrators at the hospital, which is supported in part by the Red Cross, also expressed distress at the situation while emphasizing that it was out of their hands.

"They are not our patients," said Abdul Sami, the director of public health. "They are prisoners. We don't have that much authority."

The ordeal began the first week of December, when nine Arabs arrived at the hospital suffering from wounds incurred during a U.S. airstrike. Aware that Kandahar was about to fall to militia groups backed by U.S. forces, the patients clutched grenades and other weapons to their bodies, vowing to blow themselves up if any Westerner approached. Hospital employees said the patients, most of whom are said to be Yemeni, also have several pistols.

In the month since, their number has fallen to six. On Christmas Eve one patient was lured out of the hospital's detention wing, relieved of his grenades and bundled off by Special Forces to the detention center at the U.S. military base at Kandahar airport. Days later, a second Arab showed up at the base to be treated for infections on an amputated leg, though it was unclear whether he came voluntarily.

Rasool was nursing a broken left arm. Like the other six fighters who remained in the hospital's second-story detention ward, he had received no food since Christmas, hospital officials and the commander said.

"This is our program: negotiation and starvation both," Ulah explained. "We prefer negotiation."

The Arabs refused to negotiate, however, brushing aside what the commander called daily efforts to discuss surrender with them. The patients, mostly young men in their early twenties led by a man who appeared to be perhaps 27, complained that the Americans' pursuit of them was pointless and that they were "simple soldiers" with no valuable intelligence to provide, Ulah said.

They have survived on a small stash of cookies, eggs, long-life milk and other nonperishables accumulated before the siege began. They have been seen at their windows, pantomiming requests for food from hospital staff. It is unclear whether any staff members have obliged.

Other wounded Arabs reportedly have slipped out of hospitals in Kandahar and down the road in Quetta, Pakistan, and Rasool apparently hoped to do the same.

At about 5 a.m., today, guards said, he dropped from a second-story window into the U-shaped courtyard below despite his broken bone. He headed for the front gate where he was spotted by guards, reversed course past the hospital's mosque and reached a smaller outbuilding where he detonated one of the grenades on his belt, Ulah said.

LOAD-DATE: January 9, 2002

■

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

ADHAM MOHAMMED ALI
AWAD,

      Petitioner,

      v.

GEORGE WALKER BUSH,
*et al.*,

      Respondents.

Civil Action No.  05-CV-2379 (JR)

---

Pamela Constable, *Kandahar Hospital Seige Ends in al Qaeda Deaths*,
WASH. POST, Jan. 28, 2002, at A12.

■

13 of 23 DOCUMENTS

Copyright 2002 The Washington Post

# The Washington Post

# washingtonpost.com

The Washington Post

January 29, 2002 Tuesday
Final Edition

**SECTION:** A SECTION; Pg. A12

**LENGTH:** 1442 words

**HEADLINE:** Kandahar Hospital Siege Ends in Al Qaeda Deaths;
U.S., Afghan Troops Storm Ward Held by 6 Arabs

**BYLINE:** Pamela Constable, Washington Post Foreign Service

**DATELINE:** KANDAHAR, Afghanistan Jan. 28

**BODY:**

Afghan troops and U.S. Special Forces today stormed a hospital prison ward where six Arab fighters from Osama bin Laden's al Qaeda network had barricaded themselves for almost two months. The Arabs were killed and five Afghans were wounded, U.S. and local officials said.

No American casualties were reported.

The 10-hour siege of Kandahar's Mirwais Hospital, which ended in an intense, 45-minute barrage of gunfire and grenades, wiped out the last known pocket of resistance in this southern Afghan city by members of al Qaeda, which was allied with the now-collapsed ruling Taliban militia.

But other groups of Taliban and al Qaeda fighters are still believed to be operating in the surrounding countryside, and U.S. Special Forces working with Afghan troops have been conducting frequent raids on their suspected hide-outs.

One such raid, described by U.S. military officials as a successful attack on two Taliban compounds in the area of Hazar Qadam north of here in Uruzgan province, continued to elicit protests today from local Afghan leaders. The Afghans contend that casualties in last Wednesday's raid, in which U.S. Special Forces troops killed about 15 people and captured 27, included civilians who had been negotiating the surrender of Taliban troops.

Residents in the area were quoted in Western news media over the weekend saying the compound where the most people died was a former grade school being used as a weapons depot for a local disarmament drive. They said two bodies had been found outside the compound, their hands tied behind them with strips of tough, white plastic. And they suggested that U.S. forces had been misled by false intelligence information deliberately spread by one of two factions in the area vying to control weapons left behind by Taliban forces.

Asked about these accounts, several defense officials in Washington today reaffirmed the appropriateness of the raid. They said the intelligence had been developed entirely by U.S. sources over time and the targets bore all the signs of a Taliban or al Qaeda hide-out. Among the signs were stolen U.N. vehicles that had been spotted moving in and out of the compound late at night.

"So there were clear indications that this was some sort of a meeting house of people who were doing something that does not look like a traditional village," said Rear Adm. John D. Stufflebeem, deputy director of operations on the Pentagon's Joint Staff.

Stufflebeem also noted that rather than simply bomb the compounds, the United States put commandos on the ground to investigate them. He said the soldiers came under fire.

Another senior U.S. official, speaking anonymously, said U.S. forces did not see any manacled bodies, but did find at least two people who were being held captive by others at one of the sites. The two were among those captured by the Americans.

In today's battle at the hospital, five Afghan troops were wounded before and during the final assault, in which the attacking forces moved from room to room, throwing concussion grenades and then spraying gunfire. One Afghan soldier was shot in the head and rushed to the U.S. military base at Kandahar's airport for treatment.

Afghan and U.S. military officials said the Arabs had refused two separate orders to surrender and instead fought back fiercely with pistols and grenades. At least one Arab blew himself up with a grenade. By 1:45 p.m., all six were dead.

"It is all over. They fought until the last drop of their blood," said Khalid Pashtun, a senior adviser to the provincial governor, as he left the hospital in a truck full of Afghan troops shortly after the assault ended. "We gave them an ultimatum and we said their lives would be spared, but they would not listen. We had no other choice."

Army Maj. Chris Miller, one of about 20 U.S. Special Forces troops at the scene, said the Afghan soldiers were "real heroes" and that the Arabs had "fought fiercely," causing the attackers to retreat and regroup early this morning before launching a second attack around noon. "They fought until the death," he said.

Miller and other Special Forces troops said they had been there to assist the Afghans, but the Afghans said U.S. forces had trained them and had given the orders during the siege. One witness said American voices could be heard shouting orders inside the hospital.

In Washington, Pentagon officials also sought to portray U.S. forces as providing only a supporting role, though one senior official said U.S. sharpshooters posted outside the hospital were responsible for killing at least two of the six al Qaeda fighters.

The Arabs, believed to be from Saudi Arabia, Algeria and Yemen, had been barricaded inside Mirwais Hospital since early December. They were among 19 Arabs who were brought there after being wounded in fighting between the Taliban and U.S. and Afghan forces, which ended with the Taliban's retreat Dec. 7.

Aware that Kandahar was about to fall to militia groups backed by U.S. forces, the patients clutched grenades and other weapons to their bodies, vowing to blow themselves up if any Westerner approached.

During the seven-week standoff, some of the Arabs escaped, several were captured, and one blew himself up with a grenade Jan. 8 after a failed escape attempt. Afghan soldiers have been guarding the facility around the clock.

Several weeks ago, reportedly on orders from the U.S. Special Forces, Afghan officials told the hospital administration to stop supplying food to the six remaining men in a controversial attempt to starve them into surrender.

The move drew a protest from the Red Cross and widespread public opposition here. Afterward, there were frequent reports that civilians, doctors and some Afghan soldiers guarding the hospital were bringing in food surreptitiously.

Today's assault, which had been planned for a week, began at 3:40 a.m., when about 100 Afghan soldiers and 20 Special Forces troops surrounded the building. Using loudspeakers, they ordered the Arabs to surrender and promised not to harm them, officials said later. Pashtun, the local government official, said the Afghans also sent in a videotape in Arabic telling them to surrender.

The Arabs answered the demand with pistol fire. The Afghan and U.S. forces withdrew for several hours, then issued a second ultimatum, Pashtun said. After that, too, was rejected, the troops began a second attack at midday, which was answered by scattered pistol fire and grenades.

"We are trying to arrest them alive. If we wanted to kill them, we could do it in 15 minutes," said Hayat Mohammed, an Afghan police officer who was outside the hospital at about 11 a.m. "We are trying to negotiate but they are not willing. They have hand grenades and pistols."

At one point, a fire truck arrived at the hospital, and Afghan troops said later that water was pumped into the ward in an unsuccessful attempt to flush out the Arabs.

Meanwhile, journalists watching from nearby rooftops could see one Afghan sharpshooter creeping along the balcony outside the second-story rooms where the Arabs were holed up. Several U.S. Special Forces sharpshooters took up positions on the ground outside, while others blocked the alleys surrounding the hospital.

At 1 p.m., nine loud explosions were suddenly heard in quick succession, apparently from concussion grenades fired from outside the hospital.

Plumes of black smoke rose above the building, accompanied by the sounds of pistol fire, machine-gun bursts and more grenades, some apparently thrown by the Arabs and others by the assaulting forces. The Afghan sharpshooter climbed through a window and could be seen moving in a room inside.

After a final 10 minutes of shooting, the hospital fell quiet, and trucks full of Afghan troops began leaving the scene, many shaking hands with the U.S. Special Forces before they left. Several vehicles from the International Committee of the Red Cross drove onto the hospital grounds, and shortly after that, the bodies of the Arabs were driven away in two unmarked trucks.

According to Afghan troops, hospital doctors and a journalist who entered the hospital in a relief agency truck shortly after the assault ended, the attackers apparently went through the prison ward room by room, throwing grenades and shooting.

The witnesses said the bodies of two Arabs were found in one room wrapped in shrouds, suggesting they had died early in the day and had been cloaked by their companions. Two more bodies were found under a bed in one room, and two more were scattered in a large, eight-bed ward.

Staff writer Bradley Graham in Washington contributed to this report.

LOAD-DATE: January 29, 2002